UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARALLEL NETWORKS, LLC

     Plaintiff,

v.

BLIZZARD ENTERTAINMENT, INC.,

     Defendant.

C.A. No. 1:13-cv-00826 (RGA)

**REDACTED PUBLIC VERSION**

**DECLARATION OF FRED I. WILLIAMS IN SUPPORT OF DEFENDANT BLIZZARD
ENTERTAINMENT, INC.'S MOTION FOR AN AWARD OF FEES**

Dated:  October 5, 2016

**OF COUNSEL:**

Fred I. Williams
fwilliams@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746
512.542.8400

Todd E. Landis
tlandis@velaw.com
Eric J. Klein
eklein@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
214.220.7700

Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
302.888.6800
kdorsney@morrisjames.com

I, Fred I. Williams, hereby declare as follows:

I am a partner of Vinson & Elkins LLP and a member of the State Bar of Texas duly admitted *pro hac vice* to practice law before this Court.  I am counsel for Defendant Blizzard Entertainment, Inc. ("Blizzard") in the above captioned matter.

I am familiar with the facts and circumstances stated in this Declaration and respectfully submit this Declaration in support of Blizzard's Motion for an Award of Fees.

Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent 7,188,145.

Attached hereto as Exhibit 2 is a true and correct copy of a letter dated March 27, 2015, from me to counsel for Plaintiff, Gregory Brodzik and Brian A. Carpenter.

Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Jay Lauffer taken on October 15, 2015.

Attached hereto as Exhibit 4 is a true and correct copy of Exhibit A-1 to the original infringement contentions for the '145 patent served by Plaintiff on December 22, 2014.

Attached hereto as Exhibit 5 is a true and correct copy of an email dated October 7, 2015, from counsel for Plaintiff, Timothy J.H. Craddock, to counsel for Blizzard, Kellie Johnson.

Attached hereto as Exhibit 6 is a true and correct copy of a letter dated August 28, 2015, from me to counsel for Plaintiff, Monte Squire, Gregory Brodzik, Brian A. Carpenter and Mickey Ricketts.

Attached hereto as Exhibit 7 is a true and correct copy of a letter dated October 2, 2015, from me to counsel for Plaintiff, Brian Carpenter.

Attached hereto as Exhibit 8 is a true and correct copy of an email exchange between Brian Carpenter and me on October 1, 2015.

Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Exhibit A-2 to the supplemental infringement contentions for the '145 patent served by Plaintiff on October 30, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on October 5, 2016, in San Diego, California.

*/s/ Fred I. Williams*
Fred I. Williams

# EXHIBIT 1

US007188145B2

(12) **United States Patent**
Lowery et al.

(10) **Patent No.:** US 7,188,145 B2
(45) **Date of Patent:** Mar. 6, 2007

(54) **METHOD AND SYSTEM FOR DYNAMIC DISTRIBUTED DATA CACHING**

(75) Inventors: **Keith A. Lowery**, Richardson, TX (US); **Bryan S. Chin**, Plano, TX (US); **David A. Consolver**, Arlington, TX (US); **Gregg A. DeMasters**, Plano, TX (US)

(73) Assignee: **EpicRealm Licensing LLC**, Dallas, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 875 days.

(21) Appl. No.: **09/759,406**

(22) Filed: **Jan. 12, 2001**

(65) **Prior Publication Data**

US 2002/0107934 A1    Aug. 8, 2002

(51) **Int. Cl.**
*G06F 15/167*    (2006.01)

(52) **U.S. Cl.** .................. **709/214**; 709/203; 709/217; 709/219; 709/226; 707/10; 707/200; 710/56; 711/119; 711/126; 711/130; 711/135

(58) **Field of Classification Search** .............. 709/213, 709/217, 201, 212, 203, 205, 215, 216, 248; 707/8, 10; 711/151
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,603,382 | A | * | 7/1986 | Cole et al. .................... 710/56 |
| 5,522,045 | A | * | 5/1996 | Sandberg .................... 709/215 |
| 5,537,572 | A | * | 7/1996 | Michelsen et al. .......... 711/135 |
| 5,701,427 | A | * | 12/1997 | Lathrop ...................... 709/237 |
| 5,778,185 | A | * | 7/1998 | Gregerson et al. .......... 709/226 |
| 5,864,854 | A | * | 1/1999 | Boyle .......................... 707/10 |
| 5,940,838 | A | * | 8/1999 | Schmuck et al. ........... 707/200 |
| 5,968,176 | A | * | 10/1999 | Nessett et al. .............. 713/201 |
| 5,987,477 | A | * | 11/1999 | Schmuck et al. ........... 707/201 |

| | | | | |
|---|---|---|---|---|
| 5,988,847 | A | * | 11/1999 | McLaughlin et al. ......... 700/9 |
| 6,006,254 | A | * | 12/1999 | Waters et al. ............... 709/205 |
| 6,026,474 | A |  | 2/2000 | Carter et al. ................ 711/202 |
| 6,065,102 | A | * | 5/2000 | Peters et al. ................ 711/151 |
| 6,098,064 | A | * | 8/2000 | Pirolli et al. .................. 707/2 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0993 163 A1    4/2000

(Continued)

OTHER PUBLICATIONS

Author: John Borland, Article entitled "Net video not yet ready for prime time", printed from web site www.cnet.com on Aug. 15, 2000.

(Continued)

*Primary Examiner*—Saleh Najjar
*Assistant Examiner*—Michael Won
(74) *Attorney, Agent, or Firm*—Baker Botts L.L.P.

(57) **ABSTRACT**

A method and system for dynamic distributed data caching is presented. The method includes providing a cache community (402) comprising at least one peer (413). Each peer has an associated first content portion (511) indicating content to be cached by the respective peer. A client (404) may be allowed to join the cache community. A peer list (426) associated with the cache community is updated to include the client. The peer list indicates the peers in the cache community. A respective second content portion (511) is associated with each peer based on the addition of the client.

**36 Claims, 11 Drawing Sheets**



## US 7,188,145 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,112,279 | A | * | 8/2000 | Wang | 711/119 |
| 6,122,629 | A | * | 9/2000 | Walker et al. | 707/8 |
| 6,167,438 | A | * | 12/2000 | Yates et al. | 709/216 |
| 6,167,490 | A | * | 12/2000 | Levy et al. | 711/148 |
| 6,199,179 | B1 | * | 3/2001 | Kauffman et al. | 714/26 |
| 6,205,481 | B1 | * | 3/2001 | Heddaya et al. | 709/226 |
| 6,263,302 | B1 | * | 7/2001 | Hellestrand et al. | 703/17 |
| 6,330,605 | B1 | * | 12/2001 | Christensen et al. | 709/226 |
| 6,477,150 | B1 | * | 11/2002 | Maggenti et al. | 370/312 |
| 6,487,583 | B1 | * | 11/2002 | Harvey et al. | 709/204 |
| 6,542,926 | B2 | * | 4/2003 | Zalewski et al. | 709/213 |
| 6,725,261 | B1 | * | 4/2004 | Novaes et al. | 709/220 |
| 6,785,704 | B1 | * | 8/2004 | McCanne | 718/105 |
| 2002/0026560 | A1 | * | 2/2002 | Jordan et al. | 711/120 |
| 2002/0103972 | A1 | * | 8/2002 | Satran et al. | 711/119 |

### FOREIGN PATENT DOCUMENTS

| WO | WO 98/22891 | 5/1998 |
|---|---|---|

### OTHER PUBLICATIONS

Author: Corey Grice, Article entitled "Start-up taps swapping to ease Web bottlenecks", printed from web site www.cnet.com on Aug, 15, 2000.

Author: VTrails.com. Product information regarding company's Full Duplex Packet Cascading technology printed from web site www.vtrails.com on Aug. 15, 2000.

Author Vinod Valloppillil and Keith W. Ross, Internet-Draft document entitled "Cache Array Routing Protocol v1.0", printed from web site www.globecom.net on Nov. 14, 2000.

Author: Microsoft Corporation. Information regarding the Cache Array Routing Protocol (CARP) and Microsoft Proxy Server 2.0, printed from web site www.msdn.microsoft.com on Oct. 9, 2000.

Author: Geek.com. Information news article entitled "Cash for your unused CPU cycles", printed from web site www.geek.com on Jun. 30, 2000.

Author: Dcypher.net. Answers to frequently answered questions v1.5, printed from web site www.dcypher.net on Jun. 30, 2000.

Author: Popular Power. Information regarding the company's Popular Power for Windows software, printed from web site www.popularpower.com on Jun. 30, 2000.

Author: ProcessTree Network. Information regarding their "for-pay" distributed processing network, printed from web site www.distributedscience.com on Jun. 30, 2000.

Author: Keith Schultz. Article entitled "Pushing content to the Internet's Edge", printed from web site www.internetweek.com on Jan. 11, 2001.

U.S. Appl. No. 09/759,392, filed Jan. 12, 2001, entitled "Method And System For Community Data Caching,", 78 total pages.

Greg Barish, et al., "World Wide Web Caching: Trends and Techniques," XP-000949799, IEEE Communications Magazine, May 2000, pp. 178-185.

PCT/US 02-00886 Search Report, 6 pages, Oct. 2000.

PCT/US 02-00886 Search Report, 10 pages, Mar. 27, 2003.

Inohara, et al., "Self-Organizing Cooperative WWW Caching," © 1998 IEEE (pp. 74-83).

Zhang, et al., "Adaptive Web Caching," Proceedings of the 1997 NLANR Web Cache Workshop, Apr. 25, 1997 (9 pages).

Michel, et al., "Adaptive Web Caching: Towards a New Global Caching Architecture," © 1998 Elsevier Science B.V., Computer Networks and ISDN Systems 30 (1998) (pp. 2169-2177).

Karger, et al., "Web Caching with Consistent Hashing," © 1999 Elsevier Science B.V., Computer Networks 31 (1999)(pp. 1203-1213).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7

FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 13

FIG. 12

FIG. 14



US 7,188,145 B2

**1**

## METHOD AND SYSTEM FOR DYNAMIC DISTRIBUTED DATA CACHING

### TECHNICAL FIELD OF THE INVENTION

This invention relates in general to the field of data processing systems and, more particularly, to a method and system for dynamic distributed data caching.

### BACKGROUND OF THE INVENTION

As computers have grown increasingly important in today's society, the importance of the Internet has also increased. As increasing numbers of users access the Internet, the need for efficient use of bandwidth has also increased. The increasing numbers of requests handled by the Internet are increasing the delay experienced by a user between generating a request and receiving a response to the request because of bandwidth limitations.

One traditional solution to decreasing bandwidth usage and decreasing the delay experienced by the user has involved caching previously requested content at the user's computer for faster retrieval. A related traditional solution has involved caching previously requested content for multiple users at a single cache server. Another traditional solution has involved increasing the bandwidth of the network connection between the Internet, the user and the web servers handling the requests. However, traditional solutions have often failed as the number of requests continue to increase and overload single cache servers and because of the expense associated with maintaining large numbers of high speed connections to the Internet. In addition, the traditional solutions have not utilized the "always-on" nature of newer broadband connections such as digital subscriber line and cable modems.

### SUMMARY OF THE INVENTION

From the foregoing, it may be appreciated that a need has arisen for a method and system for dynamic distributed data caching to provide more efficient use of bandwidth.

According to one embodiment of the present invention, a method for dynamic distributed data caching is provided. The method comprises providing a cache community comprising at least one peer. Each peer has an associated first content portion indicating content to be cached by the respective peer. The method further comprises allowing a client to join the cache community, updating a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community, and associating a respective second content portion with each peer based on the addition of the client. The second content portion is distinct from the first content portion.

According to another embodiment of the present invention, a system for dynamic distributed data caching is presented. The logic comprises logic encoded on storage. The logic is operable to provide a cache community comprising at least one peer. Each peer has an associated first content portion indicating content to be cached by the respective peer and allow a client to join the cache community. The logic is further operable to update a peer list associated with the cache community to include the client. The peer list indicates the peers in the cache community. The logic is further operable to associate a respective second content portion with each peer based on the addition of the client. The second content portion is distinct from the first content portion.

**2**

According to a further embodiment of the present invention, a method for dynamic distributed data caching is presented. The method comprises determining that a first master associated with a cache community is non-operational, electing a second master to replace the first master in the cache community, and allocating at least one content portion based on the loss of the first master.

According to a yet another embodiment of the present invention, a system for dynamic distributed data caching is presented. The system comprises logic encoded on storage. The logic is operable to determine that a first master associated with a cache community is non-operational, elect a second master to replace the first master in the cache community, and allocate at least one content portion based on the loss of the first master.

According to yet a further embodiment of the present invention, a method for dynamic distributed caching is presented. The method comprises requesting a list of cache communities from a cache server and determining whether at least one existing cache community exists. The method further comprises attempting to join a one of the existing cache communities when the existing cache communities are found and generating a new cache community when no existing cache communities are found.

According to another embodiment of the present invention, a system for dynamic distributed caching is presented. The system comprises logic encoded on storage. The logic is operable to request a list of cache communities from a cache server and determine whether at least one existing cache community exists. The logic is further operable to attempt to join a one of the existing cache communities when the existing cache communities are found and generate a new cache community when no existing cache communities are found.

According to a further embodiment of the present invention, a method for dynamic distributed data caching is presented. The method comprises generating a content request for requested content at a first peer in a cache community, determining a second peer associated with the requested content, the second peer being associated with the cache community, and retrieving, by the first peer, the requested content from the second peer.

According to yet another embodiment of the present invention, a system for dynamic distributed data caching is presented. The system comprises logic encoded on storage. The logic is operable to generate a content request for requested content at a first peer in a cache community, determine a second peer associated with the requested content, the second peer being associated with the cache community, and retrieve, by the first peer, the requested content from the second peer.

According to yet a further embodiment of the present invention, a method for dynamic distributed data caching is presented. The method comprises communicating a community request from a dynamic cache module to an administration module and receiving a community list from the administration module in response to the community request, the community list including a list of communities. The method further comprises generating a join request to attempt to join a one of the communities in the community list and receiving an allow message associated with the one of the communities. The method further comprises receiving a peer list associated with the one of the communities, receiving a content request, and storing content associated with the content request.

According to an additional embodiment of the present invention, a system for dynamic distributed data caching is

US 7,188,145 B2

**3**

presented. The system comprises logic encoded on storage. The logic is operable to communicate a community request from a dynamic community module to an administration module and receive a community list from the administration module in response to the community request. The community list includes a list of communities. The logic is further operable to generate a join request to attempt to join a one of the communities in the community list and receive an allow message associated with the one of the communities. The logic is further operable to receive a peer list associated with the one of the communities, receive a content request, and store content associated with the content request.

According to a further additional embodiment of the present invention, a system for dynamic distributed data caching is presented. The system comprises means for providing a cache community comprising at least one peer. Each peer has an associated first content portion indicating content to be cached by the respective peer. The system further comprises means for allowing a client to join the cache community and means for updating a peer list associated with the cache community to include the client. The peer list indicates the peers in the cache community. The system further comprises means for associating a respective second content portion with each peer based on the addition of the client. The second content portion is distinct from the first content portion.

According to yet a further additional embodiment of the present invention, a system for dynamic distributed data caching is presented. The system comprises means for determining that a first master associated with a cache community is non-operational, means for electing a second master to replace the first master in the cache community, and means for allocating at least one content portion based on the loss of the first master.

According to yet another further additional embodiment of the present invention, a system for dynamic distributed caching is presented. The system comprises means for requesting a list of cache communities from a cache server and means for determining whether at least one existing cache community exists. The system further comprises means for attempting to join a one of the existing cache communities when the existing cache communities are found and means for generating a new cache community when no existing cache communities are found. According to another additional embodiment of the present invention, a system for dynamic distributed data caching is presented. The system comprises means for generating a content request for requested content at a first peer in a cache community and means for determining a second peer associated with the requested content. The second peer is associated with the cache community. The system further comprises means for retrieving, by the first peer, the requested content from the second peer.

According to yet a further additional embodiment of the present invention, a system for dynamic distributed data caching is presented. The system comprises means for communicating a community request from a dynamic cache module to an administration module and means for receiving a community list from the administration module in response to the community request. The community list includes a list of communities. The system further comprises means for generating a join request to attempt to join a one of the communities in the community list and means for receiving an allow message associated with the one of the communities. The system further comprises means for receiving a peer list associated with the one of the commu-

**4**

nities, means for receiving a content request, and means for storing content associated with the content request.

The present invention provides a number of technical advantages. Various embodiments of the present invention may provide all, some or none of these advantages. One such technical advantage is the capability to support a dynamic distributed caching system. In addition, the distributed caching system is supportable without the use of specialized hardware as standard personal computers may be used to support the distributed caching system. A further technical advantage is decreased utilization of expensive connections to the Internet and increased utilization of cheaper local area network connections and broadband connections, such as digital subscriber line and cable modems. By caching content at local machines on a local area network or on broadband connections to an Internet Service Provider, response time to requests for content is decreased by retrieving the content from local machines. Additional benefits may be realized by allowing more client machines to utilize a single connection to the Internet by decreasing the amount of bandwidth needed by particular client machines.

Another technical advantage is the capability to dynamically add and remove members from a distributed cache community. In contrast to traditional distributed caching systems, which have typically required a human administrator to add and remove members from the distributed caching system, the present invention provides the capability to dynamically add and remove members from the distributed cache community. Also, members may be added or removed from the cache community without the intervention of a human administrator. The present invention also reallocates the data to be cached by particular members of the distributed cache community based on the addition and subtraction of members to the distributed cache community.

BRIEF DESCRIPTION OF THE DRAWINGS

A better understanding of the present invention will be realized from the detailed description that follows, taken in conjunction with the accompanying drawings, in which:

FIG. **1** is a block diagram illustrating a community cache system;

FIG. **2** is a block diagram illustrating an exemplary community cache constructed according to the teachings of the present invention;

FIG. **3** is a flowchart illustrating a method for community caching according to the teachings of the present invention;

FIG. **4** is a flowchart illustrating a method for generating a community cache according to the teachings of the present invention;

FIG. **5** is a diagram illustrating an exemplary distribution of cache shares according to the teachings of the present invention;

FIG. **6** is a block diagram illustrating a dynamic caching system according to one embodiment of the system of FIG. **1**;

FIG. **7** is a block diagram illustrating details of the dynamic cache application according to one embodiment of the present invention;

FIG. **8** is a flow diagram illustrating a method for retrieving and caching content within a cache community according to one embodiment of the present invention;

FIG. **9** is a flow chart illustrating a method for adding a client to the cache community according to one embodiment of the present invention;

**5**

FIG. **10** is a flow chart illustrating a method for allowing the client to join the cache community according to one embodiment of the present invention;

FIG. **11** is a flow chart illustrating a method for determining whether a member of the cache community has unexpectedly departed the cache community according to one embodiment of the present invention;

FIG. **12** is a flow chart illustrating a method for gracefully removing the member from the cache community according to one embodiment of the present invention;

FIG. **13** is a flow chart illustrating a method for gracefully removing a master from the cache community according to one embodiment of the present invention; and

FIG. **14** is a flow chart illustrating a method for allowing the master to unexpectedly depart the cache community according to one embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a block diagram illustrating a community cache system **10**. System **10** comprises one or more Internet Service Provider (ISP) clients **12**, an ISP **14**, an ISP caching community **15**, a network **16**, an Intranet caching community **18** and an origin server **19**.

Client **12** comprises a processor **20**, a computer readable memory **22**, a computer readable storage device **24**, a cache module **26** and a browser **30**. Client **12** may be adapted to execute any of the well-known MS-DOS, PC-DOS, OS/2, UNIX, Linux, MAC-OS, mainframe, minicomputer and Windows operating systems or other operating systems. Processor **20** comprises any suitable general purpose or specialized electronic processing device, such as a central processing unit (CPU), operable to communicate with memory **22** and storage device **24**, and further to execute cache module **26** and browser **30**. Memory **22** comprises any suitable combination of transient or persistent memory operable to store cache module **26** and browser **30**, and to communicate with processor **20**. Storage device **24** comprises any suitable combination of optical, magnetic or other computer readable storage medium such as a floppy disk drive, a hard disk drive, a CD-ROM drive, a CD-RW drive, a magnetic tape drive or an optical drive. Storage device **24** may also represent multiple computer readable storage devices. Storage device **24** includes a cache portion **28**.

Cache portion **28** comprises a portion of storage device **24** used by cache module **26** for caching data. Access to cache portion **28** may be controlled by cache module **26** so as to prevent user modification of data stored in cache portion **28**. Cache portion **28** may comprise one or more directories, one or more logical partitions, one or more distinct physical devices and other suitable physical and logical elements.

Cache module **26** comprises a software application operable to manage cache portion **28** of storage device **24**. Cache module **26** is operable to monitor the activities of browser **30** and to cache content items retrieved by browser **30**. Cache module **26** is also operable to respond to content requests from browser **30** using content cached in cache portions **28** at clients **12** in community **15**. In one embodiment, cache module **26** may use the Cache Array Routing Protocol (CARP) to determining the location of content within community **15**. Cache module **26** is configurable such that limits may be placed on the size of cache portion **28** and the amount of processor time used on processor **20** by cache module **26**. For example, a user associated with a client **12** may configure the cache module **26** associated with that client **12** to use only 5% of the storage space and no more

**6**

than 10% of the processor time. For another example, a user associated with a client **12** may configure the cache module **26** associated with that client **12** to only provide caching services when the system is idle, such as when a screen saver is active or when processor usage by the user of the client **12** is below a particular threshold. In general, resource limits may be associated with cache module **26** such that cache module **26** is prevented from consuming more than a predetermined amount of the resource. The resources may comprise any of an amount of processor time on processor **20**, an amount of bandwidth on link **13**, an amount of storage space on storage **24**, an amount of memory **22** and other computing resources associated with client **12**. Cache module **26** is further operable to collect statistical information associated with link **13**, browser **30**, client **12**, portion **28**, cache module **26** and other elements in community **15**.

Cache module **26** is further operable to encrypt data stored in cache portion **28**. Cache module **26** may use any suitable symmetric and/or asymmetric encryption system for encrypting data in cache portion **28**. For example, cache module **26** may use public-key/private-key encryption, the U.S. Data Encryption Standard (DES), the Twofish algorithm, the Blowfish algorithm and other suitable encryption systems. Encrypting data stored in cache portion **28** prevents a user associated with client **12** from unrestrictedly accessing and modifying cached content. Encryption also provides privacy as the user of any particular client **12** in community **15** is prevented from viewing the data retrieved by other users in community **15**.

The increasing use of "always-on" Internet connections with large bandwidth capacities allows for the use of a distributed caching system using non-specialized equipment. Note that as used herein, an "always-on" connection is defined as a data connection between a client computer, such as a personal computer, and a network, such as the Internet, which operates without competing with other devices associated with a user of the client computer. In addition, an "always-on" connection as used herein may be off and may cycle between being on and off at unpredictable intervals. Stated another way, an "always-on" connection has the capability to be continuously active without interfering with other devices usable by the user associated with the client computer, but the "always-on" connection is not required to be literally "always-on". For example, a traditional analog modem is typically active only when a user of the modem explicitly activates the analog modem and prevents the use of the phone line by the user of the analog modem for voice communication when the analog modem is active. Typically, an analog modem is not considered as creating an "always-on" connection. For another example, a digital subscriber line (DSL) modem, a cable modem and a local area network (LAN) have the capability to be continuously active without interfering with the use of the phone line or the cable television while active. Typically, a DSL modem, a cable modem and a LAN would be considered as creating "always-on" connection.

The growing availability of "always-on" connections provides the opportunity to utilize the processing power and storage capacity of computers connected via "always-on" connections to the Internet or other networks. Many computers with "always-on" connections utilize only a small portion of their processing power and storage space. For example, many DSL and cable modem connected personal computers remain completely unused during the day when their owner is at work and this unused processing and storage capacity may be used to form a distributed caching system. In addition, even when being used, many computers

US 7,188,145 B2

7

with "always-on" connections may have significant unused storage and processing capability. System 10 provides the capability to harness the unused processing power and storage capacity of standard computers to create a distributed caching system.

In return for the use of processing power and storage capacity on computers to form the distributed caching system, a provider of system 10 may provide incentives to the users of clients 12. For example, an ISP, such as 14, may deploy cache modules 26 to subscribers of the ISP in return for a lower subscription cost. For another example, an ISP could use system 10 as part of a value-added service of faster internet service.

Each cache module 26 is further operable to generate a cache status message 27. Cache status message 27 comprises a indication of whether a particular cache module 26 is active or inactive. More specifically, cache status message 27 includes a "cache on" or a "cache off" indication. The "cache on" indication indicates that the associated cache module 26 has gone from an inactive to an active state and is requesting to join community 15. The "cache off" indication indicates that the associated cache module 26 is going from an active to an inactive state and is requesting removal from community 15. Cache status message 27 may also include an "active" indication. The active indication indicates that the associated cache module 26 is currently active, and caching content and handling requests for content from browsers 30. The active indication may operate as a heartbeat indicating that the associated cache module 26 is alive.

Each cache module 26 further comprises a distinct location table 29. Location table 29 comprises one or more indications of the location within community 15 of cached content. More specifically, location table 29 indicates which client 12 is responsible for caching which content. In general, table 29 may use any suitable indication for indicating which clients 12 to cache content at, such as IP addresses, domain names, portions of URLs or a hash value based on a content request from browser 30.

Cache modules 26 may be further operable to provide increased anonymity while surfing to users of clients 12. More specifically, cache module 26 may remove specific lines in HTTP requests, such as requests 32, sent to retrieve web pages from origin server 19. This feature assists in preventing the sending of certain personal information to origin servers 19. For example, browser 30 typically requests a web page from origin server 19 by generating a request 32. Request 32 may include a header portion that may include information about client 12 and the associated user, such as an email address and what web sites that the user has visited. Cache module 26 may intercept request 32 and remove parts of the header portion which are not required to retrieve web pages. In one embodiment, cache module 26 comprises a Microsoft Windows application. The cache module 26 is operable to collect statistics such as the number of cache hits, the number of requests received by cache module 26, the hit percentage, the amount of data cached, the maximum capacity of cache portion 28, and how long cache module 26 has been active. Cache module 26 may also allow a user to configure various aspects of cache module 26, such as the size of cache portion 28, enable or disable anonymous surfing and purge cache portion 28.

Browser 30 executes on client 12 and comprises any suitable Hypertext Transport Protocol (HTTP) client. In the disclosed embodiment, browser 30 comprises a web browser such as Internet Explorer® by Microsoft Corp. of Redmond, Washington, or Netscape Communicator by Netscape Communications Corp. Browser 30 is held in memory 22 and

8

executed by processor 20. Browser 30 transmits and receives data over link 13. Each browser 30 is operable to generate one or more content requests 32. Each request 32 is generated by a particular browser 30 in response to a desire for information by a user (not shown) associated with that particular browser 30. Each request 32 comprises a request for one item of content from origin server 19. In the disclosed embodiment, request 32 comprises an HTTP request. The HTTP request comprises a Uniform Resource Locator (URL) portion identifying the requested item of content and a header portion containing further information about the HTTP request. The requested item of content may further comprise multiple elements of content, for example, a web page with multiple graphic elements therein, but the request is directed to retrieving the single content item associated with the URL while the remaining elements of content in the main content item are retrieved as a function of the single content item.

Content comprises static information and dynamic information. Static information typically does not change once the content has been created or does not change except slowly over time. Stated another way, static information comprises content that, when created, is expected to remain the same for an indeterminate amount of time. Static information may comprise, for example, text files and preexisting Hypertext Markup Language (HTML) web pages. For example, a restaurant menu is the same regardless of the user who is accessing the menu because the menu is the same for all people. However, as chefs at the restaurant change over time, the menu may also change.

In contrast, dynamic information comprises content that is expected and designed to change. The dynamic content may change based on the data and criteria used for generating the dynamic content, such as a search result page. For example, a search for "mountain lions" will dynamically generate a search result page listing items related to "mountain lions." The dynamic content may also change based on information associated with the page, for example, a page in an online product catalog may change in response to pricing and availability changes, and dynamic content may further change for other suitable reasons. Dynamic information may comprise, for example, the output of Common Gateway Interface (CGI) scripts, search engine results, the output of Structured Query Language (SQL) searches and the SQL search itself, JavaScript, the output of JavaScript scripts, ActiveX controls and the output of ActiveX controls, Active Server Pages, applets and any other suitable dynamic content generation system. Often, the dynamic information will be expressed as a single HTML web page, but the information within the HTML web page has been generated dynamically based on some suitable criteria. For example, the result of a search using a search engine on the Internet returns different information based on the search terms provided by the user. The search results may also depend on one or more attributes associated with the search request, such as geographic location or the current date. Continuing the search engine example, when the user is searching for local businesses, the search results will vary not only on the search terms provided by the user, but also what "local" means with respect to the search request. For another example, a user searching for information about current events will want results that are tailored to the user's search terms, the user's location, and the current date. For yet another example, an online book retailer may provide price information and consumer reviews of books available from the online book retailer. The price information for a particular book may change unexpectedly in response to a sale or a sudden

US 7,188,145 B2

9

interest in that particular book. Also, the web page listing the book and the consumer reviews changes in response to a consumer entering a new review of the book.

Referring again to FIG. 1, communications link 13 comprises a data communications link operable to communicate data between clients 12 and ISP 14. In the disclosed embodiment, link 13 comprises an "always-on" type connection, such as digital subscriber line (DSL) or a cable modem.

ISP 14 comprises a point of presence on network 16 for communicating data from clients 12 to remote locations. ISP 14 may also define the boundary of community 15.

Community 15 comprises a plurality of clients 12 at whom content items retrieved by browsers 30 may be cached in cache portions 28. Community 15 represents a group of clients 12 which cooperate to form a distributed caching system using cache module 26 and portion 28. Requests by browsers 30 within community 15 for content cached within community 15 do not need to be propagated over network 16 since the requested content is available within community 15.

Network 16 comprises any suitable data transport network, such as a Transmission Control Protocol/Internet Protocol (TCP/IP) network, an asynchronous transfer mode (ATM) network, an Ethernet network, or a frame-relay network. In the disclosed embodiment, network 16 comprises the Internet.

Community 18 represents an exemplary cache community based around a corporate Intranet. The distributed caching capabilities of system 10 are not limited to home computers. A corporation may utilize cache modules 26 in order to improve web performance for the corporation's employees and/or to decrease the amount of Internet connectivity the corporation purchases. The 10 megabit, 100 megabit, gigabit and faster LAN technologies used by corporations are well suited to the distributed cache of system 10. LAN technologies may be considered as providing an "always-on" connection within the scope of the present invention. Other collections of computers may also form cache communities, communities 15 and 18 represent two examples of possible cache communities.

Community 18 may comprise a corporate intranet having a communications interface 50, a LAN 52 and a plurality of intranet clients 54. Interface 50 comprises a communication interface between LAN 52 and Internet 16. For example, interface 50 may comprise a firewall, a router or other suitable communications interfaces. Interface 50 may also define the boundary of community 18. LAN 52 comprises any suitable local area network, such as Ethernet, ATM, or TCP/IP. Intranet clients 54 are similar to ISP clients 12 except that clients 54 are members of an Intranet. Community 18 operates similarly to community 15, except as otherwise noted.

Origin server 19 communicates data over network 16. Origin server 19 comprises any suitable hardware and/or software executing on a computer for receiving and responding to requests 32. Origin server 19 may comprise a single computer executing software or may comprise a plurality of computers each executing software. In the disclosed embodiment, origin server 19 comprises an HTTP server which may also be known as a web server. Origin server 19 may additionally support other protocols such as the file transfer protocol (FTP). Origin server 19 retrieves information from one or more data sources (not shown), such as a storage device coupled to server 19 or other origin servers, in response to requests 32. Origin server 19 is operable to retrieve static content, such as prewritten text files, images, and web pages, from the data source in response to requests

10

32. Origin server 19 is also operable to generate new, dynamic content, for example, by dynamically creating web pages based on content stored in the data source in response to requests 32. For example, origin server 19 may generate a new web page using a common gateway interface (CGI) script, generate a new web page from the result of a structured query language (SQL) request and perform other suitable content generation functions. Origin server 19 may also be operable to generate executable software, such as applications and applets, in response to requests for data. For example, origin server 19 may generate a Java applet in response to an appropriate request 32.

In operation, browser 30 generates request 32 for content. Operation of system 10 will be described with respect to cache community 15, however, it should be noted that cache community 18 operates similarly using clients 54. Cache module 26 then intercepts request 32 before request 32 is communicated to network 16. Cache module 26 examines request 32 to determine whether the requested content is available in community 15. If the requested content is available in community 15, cache module 26 retrieves the requested content from the appropriate storage portion 28 within community 15 and returns the requested information to the browser 30 which requested it. If the requested content is not available within community 15, then cache module 26 forwards request 32 over link 13 to ISP 14 for normal handling. Similarly, a request 32 generated by a browser on a client 54 is intercepted by cache module 26 to determine whether the requested content is available within community 18.

Cache module 26 may be configured to control the amount of processor power, storage space and bandwidth of a particular client 12 used by community 15. The client-by-client control of usage available to clients 12 allows for individual tailoring of community 15 to particular clients 12. The client-by-client control of usage also allows for different incentive plans for subscribers if ISP 14. For example, a subscriber to ISP 14 may have a second computer separate from the computer normally used by the subscriber. The subscriber with two computers could dedicate a large percentage of processor 20 and storage 24 to community 15 in exchange for ISP 14 providing a second IP address for the second computer over a DSL type link 13 for free. For another example, a subscriber of ISP 14 may dedicate increasing proportions of the bandwidth available over link 13 in return for decreasing subscription costs, such as 40% for a 40% discount or 50% for a 50% discount. Community 18, representing a corporate intranet, may allow for centralized control of the percentage of the processing power, storage and bandwidth used by community 18, such as by a corporate information technology (IT) department.

In one embodiment, cache module 26 may cache content using a conservative mode or an aggressive mode. When in the conservative mode, cache module 26 caches content received by browser 30 which is marked as cacheable. When in the aggressive mode, cache module 26 caches all content unless the content has been explicitly marked as noncacheable. In general, by caching all content, unless the content is listed as non-cacheable, more content may be cached in comparison to conservative mode caching. Cache modules 26 using aggressive mode caching may further include communicating with a data center. More specifically, cache module 26 may communicate with the data center to inform the data center of data cached by cache module 26.

Aggressive mode caching may use a content expiration protocol to avoid providing expired, but cached, content. The data expiration protocol may use data expiration com-

**11**

mands to inform cache modules 24 that data at an origin server 19 has changed. Alternatively, a single cache module within a community 15, such as the master node discussed below, may communicate with the data center. By informing the data center of data cached within community 15, the data center can send data expiration commands to community 15 so that cache modules 24 can mark cached content as expired.

The data expiration command comprises any suitable message for expiring data stored by cache module 24. In one embodiment, the data expiration command comprises an Internet Cache Synchronization Protocol (ICSP) message. The ICSP message may expire any of a single web page, a plurality of web pages at a single web site, a plurality of web pages at a plurality of web sites, a plurality of sites within a single domain and one or more specific objects on a web page, such as an image. For example, the ICSP message may expire a single web page such as http://www.domain.com/web_page.html. The ICSP message may expire a plurality of web_pages at a single web site such as http://www.domain-.com/web_pages/* which would expire all web pages in the "web_pages" directory at the site www.domain.com. The ICSP message may expire a plurality of pages at a plurality of web sites such as http://*.domain.com/web_pages/* which would expire all web pages in the "web_pages" directory of each site in "domain.com". The ICSP message may expire a plurality of web sites such as http://*.domain-.com which would expire all web pages on all sites in "domain.com". For another example, a single active server page (ASP) may result in many individual cached pages. A single ASP page may generate large numbers of individual cached pages because a single ASP page can dynamically create multiple different specific pages, such as http://ww-w.domain.com/

product_description.asp?category=_&product=_may specify an ASP page that generates many specific product description pages based on a specified category and product. To cache module 24, product_description.asp?category=5&product=7, product_description.asp?category=5&product=6 and product_description.asp?category=3&product=7 may specify three different cached pages. By expiring product_description.asp?category=*&product=7 ALL categories of product seven are expired, while not affecting product six related pages even though all of the pages were generated from a single ASP page.

In general, the data center may generate the data expiration command in response to a change in the content at origin server 19. The data center may also generate the data expiration command in response to the elapsing of a predetermined time period. ICSP supports the synchronization of cached content in community 15 with updated content available at origin server 19. Further details of ICSP are described in the patent application entitled "Method and Apparatus for Content Synchronization" by inventors Keith A. Lowery, et al., filed on Jun. 8, 2000, Ser. No. 09/590,760, which is incorporated herein by reference.

In addition, cache module 26 may provide a guaranteed click delivery capability. The guaranteed click delivery capability comprises the capability to regularly check whether a particular web page is available and to retrieve the web page when the web page becomes available. For example, a user of client 12 may attempt to retrieve a particular web page. The server providing that web page may be currently overloaded and unable to provide the requested web page. Cache module 26 may detect that the server is too busy, such as when the web site returns a

**12**

"server too busy" error message, and then automatically attempt to retrieve the request web page from the busy server. For example, a busy server may comprise a server which is currently processing substantially all the requests 32 which the server is capable of handling. For another example, a busy server may comprise a server which is providing content and using substantially all of the bandwidth available to the server. In general, a busy server may comprise a server which is incapable of processing more requests 32 at a given time for one or more reasons. Cache module 26 may then display the retrieved web page in browser 30 or may abandon the attempt to retrieve the web page after a predetermined period of time has elapsed without successfully retrieving the requested web page. Cache module 26 may also ask the user whether the user wants cache module 26 to attempt to retrieve the requested web page from the busy server. Typically, cache module 26 would attempt to retrieve the requested web page from the busy server while the user retrieves and views other web pages from other origin servers 19. Stated another way, cache module 26 would attempt to retrieve the requested web page in the background while the user may also be performing other tasks.

Yet another capability of cache module 26 is the ability to provide a screen saver to a user associated with client 12. The screen saver displays a graphical representation of the user's response time to one or more origin servers 19. For example, the response time between client 12 and a particular web site may be displayed in a graphical manner. More specifically, the screen saver displays a solar system-like graph with client 12 generally in the center and the distance between client 12 and other web sites displayed based on the round-trip ping time between client 12 and the other web sites.

FIG. 2 is a block diagram illustrating an exemplary community 100. Community 100 comprises a first client 102, a second client 104, a third client 106 and an ISP 108. In the exemplary embodiment of FIG. 2, clients 102, 104 and 106 represent specific examples of clients 12 of FIG. 1. Clients 102, 104 and 106 communicate with ISP 108 over respective communication links 110. Client 102 comprises a browser 120, storage 122, and a cache module 124. Client 104 comprises a browser 140, storage 142, and a cache module 144. Client 106 comprises a browser 160, storage 162, and a cache module 164.

Browsers 120, 140 and 160 represent distinct examples of browsers 30 of FIG. 1. Each of storage 122, 142, and 162 respectively support cache portions 126, 146, and 166. Storage 122, 142, and 162 represent distinct examples of storage 24 of FIG. 1. Cache portions 126, 146, and 166 represent distinct examples of cache portions 28 of FIG. 1. Cache modules 124, 144, and 164 support respective location tables 128, 148 and 168. Each of cache module 124, 144 and 164 are operable to generate respective cache status messages 130, 150 and 170. Cache modules 124, 144, and 164 represent distinct examples of cache modules 26 of FIG. 1. Location tables 128, 148 and 168 represent distinct examples of location table 29 of FIG. 1. Cache status messages 130, 150 and 170 represent distinct examples of cache status message 27 of FIG. 1.

Location tables 128, 148, and 168 respectively comprise one or more indications of which client 102, 104 or 106 to cache content in response to requests 32 from browsers 120, 140, and 160. For example, location table 128 may indicate that content identified by URLs having a domain name beginning with A–D is cached at client 102, while domain names E–H are cached at client 104 and domain names H–Z

13                                                                                14

are cached at client **106**. For another example, location tables **128**, **148** and **168** may indicate particular ranges of IP addresses to be cached at particular clients **102**, **104** and **106**. In general, tables **128**, **148** and **168** may use any suitable indication for indicating which clients **102**, **104** and **106** to cache content at, such as IP addresses, domain names, portions of URLs or a hash value based on request **32**.

Cache status messages **130**, **150** and **170** each comprise a message respectively generated by modules **124**, **144** and **164** to indicate to other modules **124**, **144** and **164** that the generating module is activating or deactivating its caching functionality. For example, when cache module **124** at client **102** is activated it may generate a cache status message **130** indicating caching is active at client **102**.

Communications link **110** comprises any suitable data communications system. In the exemplary embodiment of FIG. **3**, communications link **110** comprises a "always-on" link, such as DSL or a cable modem, similar to link **13** in FIG. **1**. ISP **108** comprises an Internet service provider operable to communicate data between clients **102**, **104** and **106** and network **16** similar to ISP **14** of FIG. **1**.

In operation, in one embodiment, community **100** may be formed by dynamically seeking out other active instances of cache module **26**. Then, based on a set of performance heuristics, clients **12** are bonded together under favorable conditions. Cache module **26** may use dynamic affiliation algorithms to build and manage communities **100**. More specifically, on startup, cache module **26** may communicate with a remote directory provider for assistance in finding other cache modules **26** with which to form a community **100**. Using the assistance from the remote directory provider, the client may attempt to contact and possibly join a currently existing community **100**. If no communities **100** are found or found communities **100** do not allow cache module **26**, then cache module **26** may attempt to start its own cache community. Alternatively, if no remote directory is available, cache module **26** searches for communities **100** itself. For example, cache module **26** may send a broadcast and/or a multicast message looking for communities **100**.

Each community **100** includes a master node and, optionally, one or more normal nodes. A master node comprises a cache module **26** on a particular client **12** which is responsible for supervising the addition and departure of clients from community **100**. The master node receives data associated with the addition of a client **12** to community **100** and the departure of a client **12** from community **100** and communicates the data to the other members of community **100**. Any cache module **26** may function as the master node. Any suitable method for electing the master node may be used by cache modules **26**. For example, a cache module **26** which has been activated the longest may be selected as the master, with ties being resolved randomly. The departure of the master node causes the election of a new master node by the remaining members of community **100**.

Community **100** handles the graceful and non-graceful departure of clients **12** from community **100**. A graceful departure comprises an intentional departure of a client **12** from community **100**. For example, a graceful departure may occur when a user deactivates cache module **26**. A non-graceful departure comprises an unexpected departure of a client **12** from community **100**. For example, a non-graceful departure may occur when a client **12** suddenly crashes and ceases operation. When an active cache module **26** shuts down, for example, the cache module **26** requests to leave community **100** and the request circulates through the remaining community members. The remaining community members would then discontinue forwarding

requests to that client **12**. In a non-graceful scenario, a managing peer (known as a Master) watches for dead peers and notifies the rest of a community if this condition is detected.

Similarly, the managing peer may depart gracefully or non-gracefully. A graceful departure of the managing peer comprises the managing peer informing community **100** that the managing peer is leaving community **100**. An election is then held by the remaining members of the peer to select the new managing peer. When a non-graceful departure occurs, such as when the managing peer crashes, a cache module **26** may detect that the managing peer is not responding and call an election to create a new managing peer. In general, any suitable techniques may be used to handle the arrival and departure of cache modules **26** from community **100**, and to create and maintain the managing peer.

FIG. **3** is a flowchart illustrating a method for community caching. For increased clarity, the operation of the exemplary cache community **100** of FIG. **2** will be described in association with FIG. **3**. The method begins at step **200** where browser **120** generates a request **32** for content. The URL portion of the request **32** identifies the requested content as "http://www.server.com/jobs/listing.html". Next, at step **202** module **124** intercepts request **32** generated by browser **120**. Then, at step **204**, cache module **128** determines the URL associated with request **32**.

Proceeding to step **206**, cache module **124** determines the location where the content associated with the URL associated with request **32** would be cached. More specifically, cache module **124** determines which of the storage portions **126**, **146** or **166**, would store the requested content based on information in location table **128**. In the example of FIG. **2**, location table **128** indicates that the domain "server.com" would be cached at client **106**. Next, at step **208**, cache module **124** checks storage portion **166** for the requested content and at decisional step **210**, determines whether the requested content has been cached. More specifically, cache module **124** queries cache module **164** to determine whether the content associated with the URL in request **32** has been cached in portion **166** at client **106**. If cache module **164** replies that the requested content is cached in portion **166**, then the YES branch of decisional step **210** is followed to step **212** where the requested content is retrieved from storage portion **166** and, at step **214**, is displayed at browser **120**.

If the requested content is not cached at portion **166**, indicating that the requested content is not available within community **100**, then the NO branch of decisional step **210** leads to step **216**. At step **216**, the requested content is retrieved from origin server **19** since the requested content is not cached within community **100**. The requested content is then displayed on browser **120** at step **214** and, at step **218**, a copy of the requested content is communicated to cache module **164** for storage in portion **166**. Then, at step **220**, the retrieved content is stored in portion **166** by module **164**.

Returning to the start state of FIG. **3**, steps **230** and **232** are typically performed in parallel to the processing previously described for FIG. **3**. At step **230**, modules **26** generate cache status messages **27** with an "active" indication and broadcast messages **27** to clients **12** (or **54**) in community **15** (or **18**). Message **27** with an "active" indication may be used by modules **26** to indicate that the associated cache module **26** is alive. Then, at step **232**, modules **26** wait a predetermined period of time before broadcasting another message **27**. Modules **26** wait so as not to flood community **15** (or **18**) with messages **27** and waste bandwidth. In one embodiment, the predetermined wait period is five seconds. Modules **26**

US 7,188,145 B2

15                                                      16

which fail to broadcast the "active" indication may be removed from the cache community because the associated cache module **26** may have failed, other suitable actions may be taken in response to a failure to broadcast the "active" indication.

The method described by FIG. **3** is shown to end after steps **214** and **220**, this indicates that the processing for the request generated in step **200** has been completed. The method described by FIG. **3** is expected to be repeated a plurality of times within the scope of the invention.

FIG. **4** is a flowchart illustrating a method for generating a cache community, such as **15**, **18** or **100**. For increased clarity, the exemplary community **100** of FIG. **2** is discussed in association with FIG. **4**. The method begins at step **300** where cache module **144** is initiated. Initiating module **144** may comprise activating module **144**, such as by activating client **104**. Next, at step **302**, cache module **144** generates cache status message **150** with a "cache on" indication and broadcasts cache status message **150** to clients **102** and **106** in community **100**. Message **150** may be broadcast using any suitable method supported by ISP **108** and links **110**. For example, a TCP/IP broadcast or multicast message may be used to reach clients **102** and **106** associated with ISP **108**. For another example and referring back to FIG. **1**, community **18** may use an Ethernet broadcast message to reach all clients **54** in community **18**.

At step **303**, a primary distribution of portions of content to be cached ("cache shares") is negotiated between modules **124**, **144** and **164** within community **100**. The primary distribution of cache shares may be determined by splitting up URLs alphabetically by domain name, by generating a unique hash value for each URL and distributing the hash values among clients **102**, **104** and **106**, by IP address range or by any other suitable method or combination of methods. The distribution method to use may be configured for modules **124**, **144** and **164**, such as by an administrator. The actual primary distribution of cache shares may comprise a simple fractional split between the members of a cache community, such as **15**, **18** (FIG. **1**) or **100**, or may also consider other elements. For example, the actual distribution may consider the speed of links **13** (FIG. **1**) or **110**, the processing power of processors **20** (FIG. **1**) and/or the size of portions **28** (FIG. **1**), **126**, **146** and **166**. Historical and statistical information may be considered when determining the primary distribution. For example, a particular client, such as **12** or **54**, which regularly reboots may receive a smaller a cache share than a client which has a historically high up time.

With respect to the example in FIG. **2**, modules **124** and **164** may have already negotiated cache shares based on an alphabetical distribution where URLs having domains starting with A–M are cached at client **102** and domains starting with N–Z are cached at client **106**. Modules **124**, **144** and **164** may now renegotiate cache shares such that A–H domains are cached at client **102**, I–P domains are cached at client **104** and Q–Z domains are cached at client **106** using a simple fractional alphabetic distribution.

Proceeding to step **304**, a secondary distribution may optionally be negotiated. For increased reliability, cache modules **26** may be configured to negotiate the secondary distribution. The secondary distribution represents a distribution of cache shares to decrease the impact of the failure of clients **12**. The secondary distribution may be determined using any of the information and methods used in determining the primary distribution in step **303**. For example, cache modules may negotiate a secondary distribution of cache shares such that multiple clients **12** are caching the same content so that if a particular client **12** fails, a backup of the cached content exists within the community.

FIG. **5** is a diagram illustrating an exemplary distribution of cache shares. For increased clarity, FIG. **5** is discussed in association with FIGS. **2** and **4**. The primary distribution of cache shares described previously in associated with step **303** is shown in FIG. **5** as "primary" where domains A–H were allocated to client **102**, domains I–P were allocated to client **104** and domains Q–Z were allocated to client **106**. An overlapping secondary distribution may be used to allocate portions of the primary distribution to other clients for increased reliability. For example, an overlapping secondary distribution may allocate I–L and Q–U to client **102**, A–D and V–Z to client **104** and E–H and M–P to client **106** as shown in the "secondary" line of FIG. **5**. Alternatively, the secondary distribution may simply rotate cache shares, such as having A–H allocated to client **106**, I–P allocated to client **102** and Q–Z allocated to client **104** and is shown as "alt. secondary" in FIG. **5**. Any suitable secondary distribution may be used depending on the configuration of cache modules **26** (FIG. **1**), **124**, **144** and **164** (FIG. **2**). It should be noted that the cache shares shown in FIG. **5** are provided for increased clarity and are merely exemplary, various other primary and secondary distributions of cache shares are usable within the scope of the invention.

In addition, tertiary and further distributions may be negotiated to provide multiple layers of backup within cache communities **15**, **18** and **100** at step **304**. The determination of how many layers of backup to provide may be based on the reliability of clients **12**, **54** (FIG. **1**), **102**, **104** and **106** (FIG. **2**), the delay associated with checking backup cache modules **26** versus the delay associated with retrieving the data from origin server **19**, bandwidth considerations with community **15**, **18** or **100** and other criteria.

Then, at step **305**, once the primary, secondary and other distributions are determined, location tables **128**, **148** and **168** are updated to reflect which client **102**, **104** and **106** is caching which content.

Then, at step **306**, any redistribution of previously cached content for supporting a newly negotiated distribution occurs. Redistribution may comprise actually copying cached content from one client, such as **12** or **54** (FIG. **1**), to another, or removing or expiring content no longer cached at a particular server. Simply removing the cached items may cause a request that could have been satisfied by the community cache to be forwarded to the origin server, but avoids the bandwidth usage associated with copying. The decision whether to copy or remove may be configured at modules **124**, **144** and **164** and may consider bandwidth usage issues, the amount of content to copy and other criteria. For example, modules **124**, **144** and **164** may be configured to perform a copy of cached content with the content comprises less than five megabytes of data and to perform a removal when more than five megabytes of content are involved.

Continuing the example of FIG. **2**, the distribution has changed such that domains starting with I–M, previously cached at client **102**, and domains starting with N–P, previously cached at client **106**, are now being cached at client **104**. Thus, cached content may be moved or copied from clients **102** and **106** to portion **146** at client **104**.

At state **308**, modules **124**, **144** and **164** cache content in portions **126**, **146** and **166** and respond to requests **32** as described in FIG. **3**. At state **310**, modules **124**, **144** and **164** may also collect statistical data associated with clients **102**, **104** and **106**. Statistical data may comprise processor and/or bandwidth usage, such as with respect to the time of day,

US 7,188,145 B2

17

time between crashes or reboots, web surfing habits and any other suitable statistical information associated with clients **102**, **104** and **106**. The statistical data may be stored by modules **124**, **144** and **164** for use in negotiating distributions and may also be communicated to a remote site. The statistical data may be communicated to the remote site for storage and use for marketing and advertising purposes. For example, a corporation may use the statistical information to learn about the surfing habits of its employees.

Then, at step **312**, cache module **168** begins to deactivate and broadcasts cache status message **170** indicating "cache off" to clients **102** and **104**. Modules **124** and **144** receiving cache status message **170** indicating a cache shutdown respond by renegotiating the cache distribution between the remaining active modules **124** and **144**. More specifically, modules **124** and **144** may redistribute cached content such that domains starting with A–M are cached at client **102**, while domains starting with N–Z are cached at client **104**. Location tables **128** and **148** are updated to indicate the new content distribution. Next, at step **314**, the module **164** clears portion **166**. Depending on the configuration of modules **164**, clearing portion **166** may include communicating cached content to the remaining clients **102** and **104**.

System **10** provides the capability to create a distributed caching system using standard personal computers and the cache module software. Previous caching systems have typically been limited to caching at a single computer, such as the caching performed by web browsers, or have concentrated caching efforts at a single firewall or proxy server. The increasing adoption of "always-on", high-bandwidth Internet connections, such as DSL modems, cable modems and LANs, allows for system **10** to group standard personal computers to form a cache community in order to decrease response time for content requests. In addition, since the cache modules use the existing storage capacity of the client computers, additional hardware does not need to be purchased for the cache community. Also, corporations may benefit from forming community caches over their corporate intranet LANs in order to decrease usage of expensive wide-area-network connections, such as T-1 lines, to the Internet.

The use of community caches also provides benefits to Internet Service Providers (ISPs) by decreasing the amount of data transferred between the ISP and the Internet. Since the community caching takes place entirely on the subscriber side of the ISP's infrastructure, an increased number of subscribers can be supported by a given amount of Internet connection bandwidth. For example, if 25% of the content requests from subscribers are handled by the community cache, an approximately 25% decrease in the use of the ISP's public network connection is realized.

FIG. 6 is a block diagram illustrating a dynamic caching system **400** comprising one embodiment of system **10**. System **400** comprises a cache community **402**, a client **404**, a cache server **406**, Internet **16**, and origin server **19**. Dynamic distributed caching system **400** provides the capability for allowing members to dynamically join and leave cache community **402** while continuing to provide a distributed caching system.

Community **402** comprises one or more peers **413**. A peer **413** comprises a computer operable to execute logic and/or an application. Peers **413** further comprise a master **410** and a member **412**. Community **402**, similar to community **15**, represents a group of peers **413** which cooperate to form a distributed caching system. Each community **402** includes one or more peers **413**. More specifically, each community **402** includes one master **410** and zero or more members **412**.

18

A dynamic caching application **478** at each peer **413** provides functionality to support the distributed caching system **10**.

Master **410** comprises a processor **420** and computer readable storage **422**. Master **410** may be adapted to execute any of the well known MS-DOS, PC-DOS, OS/2, UNIX, Linux, MAC-OS, mainframe, minicomputer, Windows operating systems or other operating systems. Processor **420** comprises any suitable general purpose or specialized electronic or other processing device, such as a central processing unit (CPU), operable to communicate with storage **422** and execute applications stored in storage **422**. Processor **420** may comprise multiple processors. Storage **422** comprises any suitable combination of transient and/or persistent memory operable to store member list **426** and dynamic caching application **428**, and to communicate with processor **420**. For example, storage **422** may comprise any suitable combination of optical and/or magnetic storage, such as a floppy disk drive, a hard disk drive, a CD-ROM drive or a CD-RW drive. Storage **422** may also represent multiple computer readable storage devices in any combination.

Master **410** is operable to generate an allow message **424** and maintain a peer list **426**. Allow message **424** comprises a data message sent to client **404** to inform client **404** that client **404** is being allowed to join community **402**. Allow message **424** may also be sent to client **404** to inform client **404** that entry to community **402** is denied.

Peer list **426** comprises a list of peers **413** in community **402**. For example, peer list **426** may compromise a list of the Internet protocol (IP) addresses associated with peers **413**.

Dynamic caching application **428** comprises software and/or hardware operable to support caching of data and other content within community **402**. Application **428** is described in more detail in FIG. **7**.

Member **412** comprises a processor **430**, computer readable storage **432** and dynamic caching application **428**. Processor **430** comprises any suitable general purpose or specialized electronic processing device, such as a CPU, operable to communicate with storage **432**. Processor **430** may comprise multiple processors. Storage **432** comprises any suitable combination of transient and/or persistent memory operable to store peer list **426** and dynamic caching application **428**, and to communicate with processor **430**. For example, storage **432** may comprise any suitable combination of optical or magnetic computer readable storage mediums such as a floppy disk drive, a hard disk drive, a CD-ROM drive, an optical drive, or a CD-RW drive. Storage **432** may also represent multiple computer readable storage devices in any combination.

Community **402** is comprised of a master **410** and zero or more members **412**. Members **412** and master **410** operate to support the caching of content within community **402**. More specifically, both master **410** and members **402** provide for a distributed caching system within community **402**. In addition to the functionality provided by members **412**, master **410** is further responsible for providing administrative support to community **402**. In general, a member **412** is capable of being a master **410** as necessary and a member **412** may be designated as a master **410** at any time. Dynamic cache application **428**, which executes on both master **410** and members **412**, is typically fully capable of providing the functionality associated with being either a master **410** or a member **412**.

Client **404** comprises a processor **440**, computer readable storage **442** and dynamic caching cache application **428**. Client **404** comprises a computer executing dynamic cache application **428** which has not yet joined a community **402**.

Processor **440** comprises any suitable general purpose or specialized electronic processing device, such as a CPU, operable to communicate with storage **442**. Processor **440** may comprise multiple processors. Storage **442** comprises any suitable combination of transient and/or persistent memory operable to store member list **426** and dynamic caching application **428**, and to communicate with processor **440**. Storage **442** may further comprise any suitable combination of optical, magnetic or other computer readable storage mediums such as a floppy disk drive, a hard disk drive, a CD-ROM drive, an optical drive or a CD-RW drive. Storage **442** may also represent multiple computer readable storage devices in any combination.

Dynamic cache application **428** is operable to generate a community request **450** and a joined request **452**. Community request **450** comprises a data message generated by dynamic cache application **428**. Community request **450** requests the network location of communities **402** which client **404** may attempt to join. Community request **450** is communicating to cache server **406**.

Join request **452** comprises a data message indicating that client **404** wishes to join a particular community **402**. Join request **452** is communicated to a community **402**.

Origin server **19** is further operable to provide content **460**. Content **460** comprises static and/or dynamically generated information. In one embodiment, content **460** comprises one or more web pages, such as those formatted and linked using the hypertext markup language (HTML). For example, content **460** may comprise audio data, video data, text data, animations, applications, applets and other suitable content retrievable using the hypertext transport protocol (HTTP).

Cache server **406** comprises a processor **470**, computer readable storage **472**, an administration module **474**, a community list **476**, an expiration module **478**, and is operable to handle an expiration message **480**. Cache server **406** comprises one or more servers operable to provide content expiration and community tracking capabilities to system **400**. More specifically, cache server **460** maintains a list of communities **402** which a client **404** may attempt to join. Processor **470** comprises any suitable general purpose or specialized electronic processing device, such as a CPU, operable to communicate with storage **472**. Processor **470** may comprise multiple processors. Storage **472** comprises any suitable combination of transient and/or persistent memory operable to store member list **426** and dynamic caching application **428**, and to communicate with processor **470**. Storage **472** may further comprise any suitable combination of optical, magnetic or other computer readable storage mediums such as a floppy disk drive, a hard disk drive, a CD-ROM drive, an optical drive, or a CD-RW drive. Storage **472** may also represent multiple computer readable storage devices in any combination.

Administration module **474** comprises software and/or hardware operable to generate and maintain community list **476**. Administration module **474** is further operable to respond to community request **450** from client **404**.

Community list **476** comprises a list of communities **402** known to cache server **406** that client **404** may attempt to join. In one embodiment, cache server **406** tracks communities **402** which are close to cache server **406** in terms of network distance. Typically, on a computer network, geographic location is not necessarily a good indicator of response time between that two nodes on a network. The latency between two network nodes is often a better indication of performance. The latency represents the sum of the time the packet has spent waiting to be forwarded out of a

particular network node plus the transit time over the link connecting one network node to another node. The latency between two network locations may be used to determine the network distance between the two network locations. Other suitable indications may also be used to determine network distance, such as the number of hops or nodes between two nodes. Administration module **474** may impose an upper and/or a lower limit on the network distance from cache server **406** of communities **402** that may be listed in community list **476**.

Expiration module **478** comprises software and/or hardware operable to receive and communicate data expiration messages **480** associated with content **460**. Expiration message **480** comprises an indication that content **460** at origin server **19** has changed and that cached copies of content **460** should be marked as stale or out-of-date. Expiration module **478** operates to communicate expiration message **480** to communities **402** listed in community list **476**.

In operation, dynamic cache application **428** is initiated at client **404**. Dynamic cache application **428** then generates a community request **450**. Community request **450** is a request for a list of communities **402** that client **404** may attempt to join. Community request **450** is communicated over Internet **60** to cache server **406**. In one embodiment, the cache server **406** contacted by dynamic cache application **428** has been previously determined, such as a particular URL. Alternatively, cache server **406** may be specified by a user associated with client **404**. Cache server **406** then receives community request **450** and returns community list **476** to client **404**.

Dynamic cache application **428** then examines community list **476** and selects one of the communities **402** listed in community list **476** to attempt to join. For example, dynamic cache application **428** may select a community **402** which has the lowest latency from client **404**. Alternatively, dynamic cache application **428** may select the first community **402** in list **476** or may select a community **402** randomly from list **476**. In general, dynamic cache application **428** may select a community **402** to attempt to join using any suitable technique.

Once dynamic cache application **428** has selected a particular community **402** to attempt to join, dynamic cache application **420** generates join request **452** and communicates join request **452** to community **402**. More specifically, join request **452** is communicated from client **404** to master **410** in community **402** since master **410** is responsible for handling the addition and removal of members **412** from community **402**.

Master **410** receives join request **452** and determines whether to allow client **404** to become a member **412** of community **402**. Master **410** may use any suitable criteria to determine whether to allow client **404** to join community **402**. For example, master **410** may consider whether the addition of client **404** would exceed the maximum number of members **412** that may be in community **402** and/or whether the round trip transit time for data between client **404** and members **412** of community **402** is within a threshold limit. The round trip transmission time may comprise the total length of time a data package from master **410** or members **412** takes to travel to client **404** and return back to the originating master **410** or member **412**. Master **410** may attempt to keep round trip transmission times within a certain threshold so as to avoid degrading the caching performance of community **402**. If master **410** determines that client **404** is appropriate to be a member of community **402**, then dynamic cache application **428** at master **410** generates allow message **424** and communicates allow mes-

US 7,188,145 B2

21

sage 424 to client 404. When allow message 424 indicates
that client 404 may join community 402, then dynamic
cache application 428 also communicates peer list 426 along
with allow message 424 to client 404. If allow message 424
indicates that client 404 is allowed to join community 402,
then client 404 has joined community 402.

Master 410 then communicates to members 412 that a
new member 412 is joining community 402 by communi-
cating an updated peer list 426 which includes client 404.
Dynamic cache application 428 then reallocates the content
460 to be cached by particular members 412 and master 410
so that the newly added client 404 is responsible for some
subset of content 460 cached in community 402.

If master 410 determines that client 404 should not be
allowed to join community 402, then dynamic cache appli-
cation 428 may generate allow message 424 with the indi-
cation that client 404 has been denied entry to community
402. Alternatively, dynamic cache application 428 may
simply ignore join request 452 and allow client 404 to
determine that it has rejected from community 402 because
no response to join request 452 has been received.

If client 404 receives an allow message 424 indicating
denial of entry to community 402 or if client 404 does not
receive a response from master 410 within a predetermined
period of time, then dynamic cache application 428 will
determine that client 404 has been denied entry to commu-
nity 402. Dynamic cache application 428 will then select a
new community 402 from community list 476 and commu-
nicate a join request 452 to the newly selected community
402.

When cache server 406 determines that content 460 has
changed at origin server 19 or is informed that content 460
has changed at origin server 19, cache server 406 generates
expiration message 480. Expiration message 480 is then sent
to each master 410 for each community 402 listed in
community list 476. Master 410 in community 402 then
receives expiration message 480 and communicates expira-
tion message 480 to members 412 so that expired, cached
content 460 is marked as stale or expired. In one embodi-
ment, expiration message 480 comprises an ICSP message.
When expired content 460 is cached in community 402 and
a request for the expired content 460 is received, a new copy
of content 460 is retrieved from origin server 19.

FIG. 7 is a block diagram illustrating details of dynamic
cache application 428. Dynamic cache application 428 com-
prises a cache portion 500, an expiration portion 502, and a
dynamic affiliation portion 504.

Cache portion 500 comprises software and/or hardware
operable to receive any cached content 460. Cache portion
500 is responsible for managing and organizing the actual
cache content on the computer readable storage, such as
storage 422, 432, or 442. Cache portion 500 is further
operable to maintain an allocation list 510 when cache
application 428 is acting as a master 410.

Allocation list 510 comprises an indication of which peer
413 caches which content 460. In one embodiment, alloca-
tion list 510 comprises location table 148 and the cache
shares previously described. In general, any suitable tech-
nique may be used for allocating content 468 among peers
413. For example, the CARP protocol may be used to
manage distribution of content within community 402.

Expiration portion 502 comprises software and/or hard-
ware operable to receive expiration messages 480 and mark
content stored by cache portion 500 as expired. Alterna-
tively, expiration portion 502 may request cache portion 500
to itself mark content as expired. Expiration portion 502 is
further operable to propagate expiration message 480 to

22

members 412 in member list 426 when dynamic cache
application 428 is operating as a master 410.

Dynamic affiliation portion 504 comprises software and/
or hardware operable to support the dynamic joining and
departure of members 412 and master 410 from community
402. Dynamic affiliation portion 504 is further operable to
generate and respond to various messages and requests. In
particular, dynamic affiliation portion 504 is responsible for
supporting allow message 424, community request 450, join
request 452, probe message 456 and add master request 454.
Dynamic affiliation portion 504 is further operable to pro-
vide a peer list message 520, a member status request 522,
a nominate master message 524, an update master request
526, a remove peer message 528, a hold election message
530, a location request 550, a location response 554, a probe
message 456 and a remove master request 527.

Peer list message 520 comprises a data communication to
members 412 of community 402 to update peer list 426 to
add or remove peers 413 from community 402. For example,
peer list message 520 may include an updated peer list 426
from master 410 for use by members 412. For another
example, peer list message 520 may include an instruction
to a member 412 to add or delete a particular peer 413 from
peer list 426.

Member status request 522 comprises data communicated
from dynamic affiliation module 504 at master 410 to a
member 412 to determine the status of the member 412.
More specifically, member status request 522 is used by
master 410 to determine whether a member 412 has unex-
pectedly left community 402, such as by crashing. In one
embodiment, member status request 522 may comprise a
"ping" type request, such as one based on the Internet
Control Message Protocol (ICMP) used with the TCP/IP
protocol.

Nominate master message 524 comprises data indicating
that a particular peer 413 should be designated as master
410. Update master request 526 comprises data indicating to
administration module 474 that community list 476 should
be updated to indicate that a particular peer 413 or client 404
has become the master 410 of community 402.

Remove peer message 528 comprises a data message
which indicates from master 410 to members 412 that a
particular member 412 is leaving community 402 and should
be removed from peer list 426. Hold election message 530
comprises a data message which indicates that a member
412 has detected the possible departure of master 410 from
community 402 in that an election should be held among the
remaining members 412 to determine a new master 410.

Location request 550 comprises a data message which
indicates a request for the peer 413 which would cache
content 460 requested by request 32. Location response 554
comprises a data message which indicates an indication of a
peer 413 in community 402 which is responsible for caching
the requested content. Probe message 456 comprises a data
message which indicates a broadcast and/or multicast
request to determine the existence of one or more commu-
nities 402.

Remove master request 527 comprises a data message
which indicates a request by a master 410 that the cache
server 406 remove the community 402 associated with the
master 410. More specifically, remove master request 527 is
used by master 410 to indicate the shutdown of a cache
community 402.

FIG. 8 is a flow diagram illustrating a method for retriev-
ing and caching content within community 402. Initially, a
request 32 for requested content 548 is generated by browser
30 in response to, for example, user input. Request 32 is

US 7,188,145 B2

23

received at cache portion **500** of dynamic cache application **428** at member **412A**. Cache portion **500** at member **412A** then determines whether the requested content **548** is available in cache portion **500** at member **412A**. In general, content is considered "available" at a particular cache portion **500** when the content is stored and unexpired at the particular cache portion **500**. Content may be considered unavailable if the content is stored, but marked as expired, or when the content is not stored at the cache portion **500**.

If requested content **548** is available at cache portion **500** at member **412A**, then cache portion **500** returns requested content **548** to browser **30**.

If requested content **548** is unavailable at cache portion **500** at member **412A**, then cache portion **500** at member **412A** generates location request **550** which is communicated to cache portion **500** at master **410**. Cache portion **500** at master **410** examines allocation list **510** to determine which peer **413** would cache the requested content **460**.

Cache portion **500** at master **410** determines where the requested content **460** is located and generates a location response **554** which is communicated to member **412A**.

Cache portion **500** at member **412A** then receives location response **554** and forwards request **32** to the appropriate peer **413**. For example, the appropriate peer **413** may be member **412B**. Cache portion **500** at member **412B** receives request **32** and determines whether the requested content **548** is available and current in cache portion **500** at member **412B**. If the requested content **548** is available and current in cache portion **500**, then the requested content **548** is returned by member **412B** to cache portion **500** at member **412A**. Cache portion **500** at member **412A** then provides requested content **548** to browser **30** for display to a user associated with member **412A**.

If requested content **548** is not available at cache portion **500** at member **412B**, then member **412B** forwards request **32** to origin server **19**. Origin server **19** then returns requested content **548** to cache portion **500** at member **412B**. Member **412B** then caches requested content **548** at cache portion **500** and forwards requested content **548** to cache portion **500** at member **412A**. Cache portion **500** at member **412A** then communicates requested content **548** to browser **30** for display to the user.

FIG. 9 is a flow chart illustrating a method for adding a client **404** to community **402**. The method begins at step **600**, where client **404** sends community request **450** to **474**, administration module **474**. Next, at step **602**, client **404** determines whether a response has been received from administration module **474**. More specifically, dynamic cache application **428** determines whether a community list **476** has been received from cache server **406**.

If a response is received from administration module **474**, then the YES branch of decisional step **602** leads to step **604**. At step **604**, dynamic cache application **428** examines community list **476**. Then, at step **606**, dynamic cache application **428** attempts to find a community **402** which comprises a "best fit" community for client **404** to join. More specifically, dynamic cache application **428** may evaluate various factors associated with communities **402** to determine which community **402** or community list **476** client **404** should join. For example, dynamic cache application **428** may determine the round trip transmission time between client **404** and community **402**. The round trip transmission time may be useful in determining the overall performance of a community **402** and the performance of a community **402** with respect to client **404**. Proceeding to decisional step **608**, dynamic cache application **428** determines whether any communities **402** meet the best fit criteria. If one or more

24

communities **402** meet the best fit criteria, then the YES branch of decisional step **608** leads to step **610**. At step **610**, dynamic cache application **428** sends join request **452** to one of the communities **402** which matched the best fit criteria in step **608**. The particular community selected by dynamic cache application **428** may comprise the community **402** which most closely met the best fit criteria. Alternatively, dynamic cache application **428** may use other methods for selecting the first community **402** to contact.

Then, at step **612**, dynamic cache application **428** at client **404** determines whether master **410** has accepted client **404** into community **402**. Dynamic cache application **428** at client **404** may determine that master **410** has denied client **404** admittance to community **402** by receiving an allow message **424** indicating that client **404** is not allowed to join community **402** or by receiving no response from master **410** within a predetermined time period. If client **404** receives an allow message **424** indicating that client **404** is allowed to join community **402**, then the YES branch of decisional step **612** leads to step **614**. At step **614**, client **404** is added to community **402** by master **410** and member list **426** is updated by master **410**.

If master **410** denies client **404** entrance to community **402**, then the NO branch of decisional step **612** leads to step **616**. At step **616**, dynamic cache application **428** at client **404** selects the next community **402** to attempt to join. Also, at step **616**, the criteria for the best fit for client **404** may optionally be modified by dynamic cache application **428** so as to change or increase the number of communities **402** that client **404** may join. The method then proceeds to step **608** where communities **402** and community list **476** are evaluated against the best fit criteria which may have changed at step **616**.

Returning to decisional step **608**, if no communities **402** in community list **476** match the best fit criteria for client **404**, then the NO branch of decisional step **608** leads to step **618**. At step **618**, dynamic cache application **428** at client **404** nominates itself as a master **410**. When client **404** nominates itself as a master **410**, client **404** creates a new cache community **402**. Then, at step **620**, add master **454** is sent from client **404** to administration module **474** at cache server **406**. Add master **454** indicates to administration module **474** that a new cache community **402** is being generated with client **404** as master **410** and that the new community **402** should be added to community list **476**.

Returning to decisional step **602**, if client **404** does not receive a response from administration module **474**, then the NO branch of decisional step **602** leads to step **622**. At step **622**, probe message **456** is sent from client **404** to a known port to one or more network nodes. More specifically, dynamic cache application **428** may be configured to listen at a particular location, such as a transmission control protocol/Internet protocol (TCP/IP) port, for clients **404** which wish to join community **402**. This capability provides, for example, the capability to add members to a community **402** in the absence of a cache server **406** or when cache server **406** cannot be contacted. Proceeding to decisional step **624**, if client **402** receives a response to probe message **456** from a master **410** and a community **402**, then the YES branch of decisional **624** leads to step **610** where client **404** will attempt to join the responding community **402**. If no response is received to probe message **456**, then the NO branch of decisional step **624** leads to step **618** and client **404** will attempt to form its own community **402**.

FIG. 10 is a flow chart illustrating a method for allowing a client **404** to join a cache community **402**. The method begins at step **900**, where a master **410** in a community **402**

25

listens for join request 452 from clients 404. Next, at step 902, dynamic affiliation portion 504 at master 410 evaluates join request 452 to determine whether client 404 will be allowed to join community 402. Master 410 may use any suitable criteria in determining whether to allow client 404 to join community 402, such as whether community 402 has reached a maximum number of peers 413 and the roundtrip transmission time between client 404 and community 402. Next, at decisional step 904, master 410 decides whether client 404 is allowed to join community 402. If client 404 is not allowed to join community 402, then the NO branch of decisional step 904 leads to 906 where join request 452 is ignored by master 410. Alternatively, master 410 may communicate an allow message 424 to client 404 with the indication that client 404 has been denied entry to community 402.

If client 404 is allowed to join community 402, then the YES branch of decisional step 904 leads to step 908. At step 908, peer list 426 is updated to include client 404. Proceeding to step 910, allow message 424 is communicated to client 404 along with the updated peer list 426. Then, at step 912, allocation list table 510 is updated to include client 404 and community 402. More specifically, the distribution of content 460 to be cached within community 402 is adjusted to include the additional capacity provided by client 404. Then, at step 914, update peer list message 520 is sent to members 412 by master 410 to inform members 412 to update peer list 426 at each of the members 412 to include client 404. The method then returns to step 900 where master 410 listens for additional join requests 452.

FIG. 11 is a flow chart illustrating a method for determining whether a member 412 has unexpectedly departed community 402. The method begins at step 1000, where master 410 sends member status request 522 to a selected member 412. The member 412 to send member status request 522 to may be determined using any suitable method. For example, master 410 may sequentially traverse peer list 426 and send member status request 522 to each member 412 listed in peer list 426. Next, at step 1002, master 410 determines whether a response has been received to member status request 522. If a response is received then the YES branch of decisional step 1002 leads to step 1004. At step 1004, master 410 resets the time-out for the member 412 from which the response is received. More specifically, master 410 may have a predetermined time interval after which a particular member 412 is contacted again and the countdown to the expiration of that interval is reset. For example, a member 412 may be contacted once every minute. If no response is received from member 412, then the NO branch of decisional step 1002 leads to step 1006. At step 1006, master 410 removes the member 412 which did not respond from peer list 426. Proceeding to step 1008, master 410 sends update peer list message 512 with the indication that the non-responding member 412 should be removed from the peer list 426 of other members 412. Then, at step 1010, master 410 updates allocation table 510 to account for the loss of the member 412.

FIG. 12 is a flow chart illustrating a method for removing a member 412 from community 402. The method begins at step 1100, where master 410 listens for members which wish to leave community 402. Next, at step 1102, master 410 receives remove peer message 528. Remove peer message 528 indicates that a member 412 wishes to leave community 402. Remove peer message 528 is generated by the member 412 which desires to depart community 402 and is communicated to master 410. Then, at step 1104, master 410 removes the departing member 412 from peer list 426.

26

Proceeding to step 1106, master 410 updates allocation table 510 to account for the departing member 412. Then, at step 1108, master 410 sends update peer list message 520 to the remaining members 412 in community 402 to update their peer lists 426 to remove the departing member 412. The departing member 412 is then removed from community 402 and the method returns to step 1100 where master 410 listens for further departing members.

FIG. 13 is a flow chart illustrating a method for gracefully removing master 410 from community 402. The method begins at step 1200 where master 410 determines that it is going to leave community 402. Then, at decisional step 1201, master 410 determines if it is the only peer 413 in community 402. If master 410 is not the only peer 413 in community 402, then NO branch of decisional step 1201 leads to step 1202. Next, at step 1202, master 410 selects a new master from members 412 in peer list 426. Master 410 may use any suitable method for determining who the new master 410 is to be. For example, master 410 may select the new master 410 based on the amount of bandwidth available at a member 412, the processing capability of member 412, or other suitable criteria. Then, at step 1204, master 410 removes itself from peer list 426. Proceeding to step 1206, master 410 sends nominate master message 524 to the selected member 412 whose become the new master 410 along with the updated peer list 426 which no longer includes the old master 410. Then, at decisional step 1208, the old master determines whether a response has been received from member 412 which is to become the new master 410. If no response is received from the member 412 which is to become the new master, then the NO branch of decisional step 1208 returns to step 1202 where the current master 410 will select a new master 410 from the other members 412 of community 402. If a response is received from member 412 which is to become the new master 410 then the YES branch of decisional step 1208 leads to step 1210. At step 1210, the existing master 410 shuts itself down. Next, at step 1212, the member 412 which was selected as the new master 410 becomes the master 410 and sends update peer list message 520 to the remaining members 412 of community 402. The update peer list message 520 indicates that the remaining members 412 of community 402 should update their peer lists 426 to indicate that the old master 410 is no longer in community 402 and that the new master 410 is the present master 410. Proceeding to step 1214, the new master 410 sends update master request 526 to cache server 406. Update master request 526 indicates to cache server 406 and administration module 474 that community list 476 should be updated to indicate that the new master 410 is the master for community 402.

Returning to decisional step 1201, if master 410 determines that it is the only peer 413 in community 402, then YES branch of decisional step 1201 leads to step 1220. At step 1220, master 410 sends remove master request 527 to cache server 406. Cache server 406 then removes community 402 associated with master 410. Master 410 then shuts down. The method then ends.

FIG. 14 is a flow chart illustrating a method for allowing a master 410 to unexpectedly depart community 402. The method begins at step 1300, where a member 412 determines how much time has elapsed since the last member status request 522 was received by member 412. Then, at decisional step 1302, member 412 determines whether the time since the last member status request 522 was received at member 412 exceeds a predetermined threshold. For example, the predetermined threshold may be one minute since the last member status request 522 was received. If the

US 7,188,145 B2

27
28

time since the last member status request **522** was received does not exceed the predetermined threshold, then the NO branch of decisional step **1302** returns to step **1300** where member **412** checks the elapsed time again.

If the elapsed time exceeds the predetermined threshold, then the YES branch of decisional step **1302** leads to step **1304**. At step **1304**, member **412** generates hold election message **530** and communicates hold election message to members **412** in peer list **426**. Member **412** generates hold election message **530** to inform other members **412** in community **402** that master **410** may have shut down and that an election for a new master **410** should be held. Proceeding to step **1306**, member **412** which generated hold election message **530** may receive one or more responses from members **412** and master **410** in community **402**. Then, at step **1308**, member **412** which generated hold election message **530** determines whether any response has been received from master **410**. If master **410** has responded to hold election message **530**, then the YES branch of decisional step **1308** leads to step **1310** where member **412** aborts the attempt to elect a new master **410**. Master **410** may respond because master **410** is still operating and was only temporarily unable to generate a member status request **522** for member **412** which generated hold election message **530**. If master **410** was only temporarily unavailable, then it is unnecessary for a new master **410** to be elected for community **402**.

If no master **410** responds in step **1308**, then the NO branch decisional step **1308** leads to step **1312**. At step **1312**, member **412** generates a new peer list **426** based on responses from members **412** received in step **1306**. A new peer list **426** may be generated so as to determine the remaining members of community **402**. For example, a communications link connecting master **410** and one or more members **412** to other members **412** in community **402** may unexpectedly shut down. The unexpected loss of a communications link may force community **402** to divide into two separate communities **402** and result in the election of a new master **410** for one of the two new communities **402**. Then, at step **1314**, a new master **410** is selected from the remaining peers in **413** in the newly generated peer list **426** from step **1312**. The new master **410** may be selected in any suitable manner, such as by selecting member **412** which detected that master **410** had ceased to respond. Next, at step **1316**, the nominate master message **524** is communicated to member **412** which has been selected to be the new master **410** in step **1314** along with the newly generated peer list **426**. Nominate master message **524** is generated by member **412** which originally detected that master **410** had ceased to respond in step **1302**. Then, at decisional step **318**, member **412** which originally detected that master **410** had ceased to respond determines whether the responses received from the newly nominated master. If no response is received from the newly nominated master, then the NO branch decisional step **1318** returns to step **1314** where another new master is selected from the remaining members **412**. If a response is received then the YES branch decisional step **1318** leads to step **1320**. At step **1320**, the newly nominated master **410** sends update master request **526** to cache server **406** to update community list **476**. The method then ends.

In one embodiment, dynamic affiliation portion **504** supports the addition and removal of members **412** and master **410** using the Dynamic Reef Protocol (DRP). In the DRP, community request **450** comprises a CRMSG_WAKEUP data message, add master request **454** comprises a CRMS-G_ADDMASTER data message, update master request **526** comprises a CRMSG_REPLACEMASTER data message,

remove master request **527** comprises a CRMSG_RE-MOVEMASTER data message, join request **452** comprises a CRMSG_REQUESTTOJOIN data message, nominate master message **524** comprises a CRMSG_NOMINATE-MASTER data message, update peer list message **520** comprises a CRMSG_UPDATEPEERLIST data message, remove peer message **528** comprises a 25 CRMSG_RE-MOVEPEER data message, hold election message **530** comprises a CRMSG_HOLDELECTION data message, and member status request **522** comprises a CRMSG_PEERP-ING data message. In addition, probe message **456** may use the CRMSG_WAKEUP data message. The DRP data messages may be organized using any suitable format. For example, a bit pattern may be used in a type field of a data message to indicate the type of data message being sent. For another example, the DRP may be built on top of or as part of the ICSP protocol.

By providing the capability to cache data in a cache community, system **400** provides the ability to cache large amounts of content to the user. Traditionally, caching of Internet content has been done only at an individual user's computer. This provides the benefits of caching data only after the user has retrieved the data from a remote web server. By providing the capability for computers to join a cache community, content stored in the cache community can be quickly provided to the members without having to retrieve the content from an origin server over a possibly slow Internet. As the use of high-speed connections to the Internet, such as Digital Subscriber Line (DSL) and cable modem technologies, increases, the increased responsiveness of a cache community using high-speed connections may be significant in comparison to the responsiveness of the Internet in general.

In addition, traditional distributed caching solutions have used static, predefined groups cache servers. In contrast, system **400** provides the capability to dynamically add and remove members from a distributed caching community. By allowing dynamic addition and subtraction of members from a distributed caching community, a distributed caching system is supported which does not require a centralized administrator. Also, system **400** supports creating a distributed caching system with heterogeneous computers that may be added and removed from the caching community in a dynamic manner.

Other changes, substitutions and alterations are also possible without departing from the spirit and scope of the present invention, as defined by the following claims.

What is claimed is:

1. A method for dynamic distributed data caching comprising:

providing a cache community on a first side of a point of presence, the cache community comprising at least one peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer;

allowing a client to join the cache community;

updating a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community;

associating the content with the client based on joinder of the client;

re-allocating the cache storage of the content among the peers in the cache community in response to allowing the client to join the community.

2. The method for dynamic distributed data caching according to claim **1** and further comprising:

US 7,188,145 B2

29

receiving a join request from the client; and

determining whether to allow the client to join the cache community.

**3**. The method dynamic distributed data caching according to claim **2**, wherein the join request comprises a CRMS-G_REQUESTTOJOIN data message.

**4**. The method for dynamic distributed data caching according to claim **1**, wherein allowing the client to join the cache community comprises:

generating an allow message;

associating the peer list with the allow message; and

communicating the allow message to the client.

**5**. The method for dynamic distributed data caching according to claim **4**, wherein allowing the client to joint the cache community comprises:

generating an allow message comprising the peer list updated to include the client;

communicating the allow message to the client; and

communicating the allow message to at least one member associated with the cache community.

**6**. The method for dynamic distributed data caching according to claim **4**, wherein the allow message comprises a CRMSG_UPDATEPEERLTST data message.

**7**. The method for dynamic distributed caching according to claim **4**, wherein the peer list associated with the allow message comprises the updated peer list which includes the client.

**8**. The method for dynamic distributed data caching according to claim **1**, wherein the point of presence is an ISP.

**9**. The method for dynamic distributed data caching according to claim **1**, wherein a one of the peers comprises a member.

**10**. The method for dynamic distributed data caching according to claim **1**, wherein a one of the peers comprises a master.

**11**. The method for dynamic distributed data caching according to claim **1**, wherein associating the content with the client comprises:

allocating the content to peers in the peer list; and

updating an allocation table to indicate the content associated with the peers.

**12**. The method for dynamic distributed data caching according to claim **11**, wherein the content is cached at more than one peer.

**13**. The method for dynamic distributed data caching according to claim **11**, wherein the content includes a plurality of internet protocol domain names.

**14**. The method for dynamic distributed data caching according to claim **1** and further comprising removing the association between the content and the peers.

**15**. A system for dynamic distributed data caching comprising:

logic encoded on storage and operable to:

provide a cache community on a first side of a point of presence, the cache community comprising at least one peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer;

allow a client to join the cache community;

update a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community;

associate the content with the client based on joinder of the client;

30

re-allocate the cache storage of the content among the peers in the cache community in response to allowing the client to join the community.

**16**. The system for dynamic distributed data caching according to claim **15**, wherein the logic is further operable to:

receive a join request from the client; and

determine whether to allow the client to join the cache community.

**17**. The system for dynamic distributed data caching according to claim **16**, wherein the join request comprises a CRMSG_REQUESTTOJOIN data message.

**18**. The system for dynamic distributed data caching according to claim **15**, wherein the logic is further operable to:

generate an allow message;

associate the peer list with the allow message;

communicate the allow message to the client.

**19**. The system for dynamic distributed data caching according to claim **18**, wherein the logic is further operable to:

generate an allow message comprising the peer list updated to include the client;

communicate the allow message to the client; and

communicate the allow message to at least one member associated with the cache community.

**20**. The system for dynamic distributed data caching according to claim **18**, wherein the allow message comprises a CRMSG_UPDATEPEERLIST data message.

**21**. The system for dynamic distributed caching according to claim **18**, wherein the peer list associated with the allow message comprises the updated peer list which includes the client.

**22**. The system for dynamic distributed data caching according to claim **15**, wherein the point of presence is an ISP.

**23**. The system for dynamic distributed data caching according to claim **15**, wherein a one of the peers comprises a member.

**24**. The system for dynamic distributed data caching according to claim **15**, wherein a one of the peers comprises a master.

**25**. The system for dynamic distributed data caching according to claim **15**, wherein the logic is further operable to:

allocate the content to peers in the peer list; and

update an allocation table to indicate the content associated with the peers.

**26**. The system for dynamic distributed data caching according to claim **25**, wherein the content is cached at more than one peer.

**27**. The system for dynamic distributed data caching according to claim **25**, wherein the content includes a plurality of internet protocol domain names.

**28**. The system for dynamic distributed data caching according to claim **15**, wherein the logic is further operable to remove the association between the content and the peers.

**29**. A method for dynamic distributed data caching comprising:

communicating a community request to an administration module;

receiving a community list from the administration module in response to the community request, the community list including a list of communities;

selecting one of the communities to attempt to join;

generating a join request to attempt to join the selected one of the communities;

US 7,188,145 B2

**31**

receiving an allow message associated with the selected one of the communities;

receiving a peer list associated with the selected one of the communities;

receiving content allocated for storage in caches of peers in the peer list for cache storage re-allocation in response to joining the selected one of the communities; and

providing content for cache storage re-allocation to peers in the peer list in response to joining the selected one of the communities.

**30**. The method for dynamic distributed data caching according to claim **29**, wherein the community request comprises a CRMSG_WAKEUP data message.

**31**. The method for dynamic distributed data caching according to claim **29**, wherein the join request comprises a CRMSG_REQUESTTOJOTN data message.

**32**. A system for dynamic distributed data caching comprising:

logic encoded on storage and operable to:

communicate a community request to an administration module;

receive a community list from the administration module in response to the community request, the community list including a list of communities;

select one of the communities to attempt to join;

generate a join request to attempt to join the selected one of the communities;

receive an allow message associated with the selected one of the communities;

receive a peer list associated with the selected one of the communities;

receive content allocated for storage in caches of peers in the peer list for cache storage re-allocation in response to joining the selected one of the communities; and

provide content for cache storage re-allocation to peers in the peer list in response to joining the selected one of the communities.

**33**. The system for dynamic distributed data caching according to claim **32**, wherein the community request comprises a CRMSG_WAKEUP data message.

**34**. The system for dynamic distributed data caching according to claim **32**, wherein the join request comprises a CRMSG_REQUESTTOJOTN data message.

**32**

**35**. A system for dynamic distributed data caching comprising:

means for providing a cache community on a first side of a point of presence, the cache community comprising at least one peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer;

means for allowing a client to join the cache community;

means for updating a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community;

means for associating the content with the client based on joinder of the client;

means for re-allocating the cache storage of the content among the peers in the cache community in response to allowing the client to join the community.

**36**. A system for dynamic distributed data caching comprising:

means for communicating a community request to an administration module;

means for receiving a community list from the administration module in response to the community request, the community list including a list of communities;

means for selecting one of the communities to attempt to join;

means for generating a join request to attempt to join the selected one of the communities;

means for receiving an allow message associated with the selected one of the communities;

means for receiving a peer list associated with the selected one of the communities;

means for receiving content allocated for storage in caches of peers in the peer list for cache storage re-allocation in response to joining the selected one of the communities; and

means for providing content for cache storage re-allocation to peers in the peer list in response to joining the selected one of the communities.

\* \* \* \* \*

EXHIBIT 2



**FRED I. WILLIAMS**
+1 512.499.6218/fax: +1 512.499.6290
fwilliams@akingump.com

**CONFIDENTIAL**
March 27, 2015

<u>**VIA E-MAIL**</u>

Gregory Brodzik
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Brian A. Carpenter
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201

Re:     *Parallel Networks, LLC v. Riot Games, Inc.*, C.A. No. 13-183-RGA; *Parallel Networks, LLC v. Turbine Inc.*, C.A. No. 13-184-RGA.

Gentlemen:

We write on behalf of Defendants Riot Games, Inc. and Turbine Inc. (together, "Defendants") regarding Plaintiff Parallel Networks, LLC's ("Parallel") lack of basis for pursuing claims of infringement in this litigation. As set forth in greater detail below, our review of Parallel's infringement contentions confirms that Plaintiff has no objectively reasonable basis for asserting claims of infringement of U.S. Patent Nos. 7,188,145 and 7,730,262 for at least the following reasons:

1. the accused products do not perform the "re-allocating the cache storage . . . among the peers" step as required by all asserted claims of the '145 patent; and

2. the accused products do not "communicat[e] the location request to a master" as required by all asserted claims of the '262 patent.

Given that you have no legitimate basis for continuing the litigation, please dismiss all claims against Defendants immediately. Should you refuse to do so, as this Court has previously determined, your "insistence to litigate this matter, even after being apprised by the Defendants that the accused products could not possibly infringe, [will] further highlight[] that the Plaintiff's attorneys simply turned a blind eye to the actual … [products] that they were accusing of



Gregory Brodzik
Brian A. Carpenter
March 27, 2015
Page 2

infringement." *See Vehicle Operation Techs. LLC v. American Honda Motor Co.*, C.A. No. 1:13-cv-537-RGA, Dkt. No. 61 at 21 (D. Del. Sept. 12, 2014).

## I.        The '145 Patent

All asserted claims of the '145 patent require "re-allocating the cache storage of the content among the peers in the cache community." The accused products do not perform the "re-allocation" limitation. Indeed, content is never allocated let alone re-allocated among peers based upon a new peer joining the cache swarm community. In fact, a peer does not obtain content until it requests and downloads that content *after* joining the community, nor does a peer ever surrender its content in response to a request from another peer in the community.

It is telling that Parallel has failed to identify any evidentiary support to suggest that the accused installers satisfy the "re-allocation" limitation. Instead Plaintiff merely points to the end-user license agreement, which states that a participant receives "pieces of the download package from a Content Delivery Network (CDN) as well as other active users (peers)." Simply receiving content from other peers does not satisfy the claim limitation – there must be a re-allocation based on a new member joining the community. Defendants, therefore, do not infringe any asserted claim of the '145 patent.

## II.       The '262 Patent

All asserted claims of the '262 patent require communication of a "location request to a master associated with the cache community." In its infringement contentions, Parallel identified a Pando server as a master, but during *inter partes* review of the '262 patent, in an attempt to survive an invalidity challenge, Plaintiff argued that the "master" is a "peer," not a central server. Resp. to IPR Decision at 6. Plaintiff cannot have it both ways: it cannot argue that the "master" is a peer to survive *inter partes* review and then argue that for infringement purposes a central server satisfies the "master" limitation. The Pando server cannot be a master by Plaintiff's definition because it is not a peer. Defendants, therefore, do not infringe any asserted claim of the '262 patent.

## III.      Conclusion

Parallel has no objectively reasonable basis to assert any claim of infringement for U.S. Patent Nos. 7,188,145 or 7,730,262 against Defendants. Therefore, please advise us of your intention to withdraw your claims or your basis for continuing this lawsuit before April 4, 2015.



Gregory Brodzik
Brian A. Carpenter
March 27, 2015
Page 3

As you know, under Rule 11, you were required to "conduct a reasonable investigation of the facts and a normal competent level of legal research to support the presentation." *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 94 (3d Cir. 1988).   In fact, "[t]he determination of whether the Plaintiff and the Plaintiff's attorneys violated Rule 11 requires the determination of whether an objective pre-suit investigation would have disclosed that the accused products did not infringe the patent's claims."   *See Vehicle Operation Techs. LLC,* C.A. No. 1:13-cv-537-RGA, Dkt. No. 61 at 5.   Please be advised that should you refuse to dismiss your claims against Defendants immediately, Defendants will seek all appropriate remedies, including those allowed under Rule 11.

Sincerely,

*/s Fred I. Williams*

Fred I. Williams

FILED UNDER SEAL

EXHIBIT 3

EXHIBIT 4

# Patent Infringement Chart

# U.S. Patent No. 7,188,145

# Blizzard Entertainment, Inc.

# Exhibit A-1

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

In accordance with the Court's Default Standard for Discovery Section 4(c), Plaintiff Parallel Networks, LLC ("Parallel") provides the following Asserted Claims and Infringement Contentions regarding Defendant Blizzard Entertainment, Inc. ("Blizzard" or "Defendant") and its Accused Instrumentalities, the Diablo III, Starcraft II and World of Warcraft downloaders, which are available at the links below:

http://media.battle.net/downloads/d3-installers/0d0f9268-6e92-4aa1-8556-8724e79f4833/Diablo-III-Setup-enUS.exe

http://dist.blizzard.com/downloads/sc2-installers/full/StarCraft-II-Setup-enUS.exe

http://dist.blizzard.com/downloads/wow-installers/full/World-of-Warcraft-Setup-enUS.exe

The Diablo III downloader and all similar installers, downloaders, and/or launchers constitute the Accused Instrumentalities.   This document shows how the Accused Instrumentalities directly infringes claims 1, 2, 4, 9, 11, 12, 14, 15, 16, 18, 23, 25, 26 and 28 of U.S. Patent No. 7,188,145 ("the '145 Patent").   This chart is preliminary, and Parallel expressly reserves the right to supplement this chart once additional discovery has been obtained from Blizzard.

In addition, Blizzard has been and/or is now indirectly infringing one or more claims of the '145 Patent, in violation of 35 U.S.C. § 271(b), but inducing users to directly infringe the '145 Patent through their use of the Accused Instrumentalities. Blizzard induces such infringement by at least making the Accused Instrumentalities available to users and providing links and/or other directions on its website and/or the internet for user to download and use the Accused Instrumentalities.   Blizzard engages in such activities knowingly and, at least from the time of receipt of the Complaint, has done so with the knowledge that

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

such activity encourages users to directly infringe the '145 Patent through the use of the Accused Instrumentalities or, alternatively, with willful blindness regarding such direct infringement by users.   For simplicity, only Blizzard's direct acts of infringement are charted. Blizzard, however, induces users to directly infringe in a similar manner.

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 1 | Blizzard – Diablo III |
|---|---|
| 1. A method for dynamic distributed data caching comprising: | Blizzard practices "a method for dynamic distributed data caching."<br><br>For example, Blizzard directs users to download its online game *Diablo III* via the *Diablo III Downloader*, which can be accessed, for example, at the link below:<br><br>http://media.battle.net/downloads/d3-installers/0d0f9268-6e92-4aa1-8556-8724e79f4833/Diablo-III-Setup-enUS.exe<br><br>*See, e.g.,* FIG. 1.<br><br>The *Diablo III Downloader* (the "Downloader") is a software application developed by Blizzard. *See, e.g.,* FIG. 2. Specifically, the Downloader an executable software program, such as the "Diablo-III-Setup-enUS.exe" software program.<br><br>Through the Downloader program and its associated components, Blizzard practices and/or induces its customers to practice "a method for dynamic distributed data caching." |
| providing a cache community on a first side of a point of presence, the cache community comprising at least one peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer; | Blizzard performs the step of "providing a cache community on a first side of a point of presence, the cache community comprising at least one peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer."<br><br>Blizzard provides a cache community including, for example, a number of peers. The Downloader "allows users to download large files […] using a peer-to-peer protocol." *See, e.g.*, FIG. 3.<br><br>The cache community exists "on a first side of a point of presence" such as, for example, a Content Delivery Network ("CDN"). The cache community "comprises at least one peer," for example the user's computer running the Downloader software; as shown in FIG. 7, the cache community in this example comprises at least 100 peers.<br><br>The cache community is "associated with content obtained from a second side of the point of |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 1 | Blizzard – Diablo III |
|---|---|
| | presence." More particularly, the cache community is associated with content retrieved from the second side of a CDN. This content is obtained from a second side of the point of presence such as, for example, a server in the CDN on which Blizzard's content (*e.g., the Diablo III* installation files) is hosted. |
| allowing a client to join the cache community; | Blizzard performs the step of "allowing a client to join the cache community."<br><br>For example, the *Diablo III Downloader* requests to join the cache community via an HTTP request such as the following:<br><br>http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&uploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&numwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto=1&event=started<br><br>*See also* FIG. 4.<br><br>The HTTP request is received by Blizzard's server(s). The Blizzard server responds with a list of peers that have cached the requested content, and allows the requesting client to join the cache community. *See, e.g.,* FIG. 5. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 1 | Blizzard – Diablo III |
|---|---|
| updating a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community; | Blizzard performs the step of "updating a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community."<br><br>For example, a peer list associated with the cache community is evidenced by the peer list sent from the server to the *Diablo III Downloader*.<br><br>Upon joining the cache community, the client receives data from the server including a list of peers. For example, the client receives binary data as shown in FIG. 5. This binary data represents BEncoded information such as that seen in FIG. 6. Extracting the value of the "peers" data entry yields a list of IP addresses and ports indicating peers in the cache community. *See, e.g.,* FIG. 7.<br><br>The Blizzard server updates its peer list to include the user such as by using the "peer_id" contained in the request URL:<br><br>http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&uploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&numwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto=1&event=started |
| associating the content with the client based on joinder of the client; | Blizzard performs the step of "associating the content with the client based on joinder of the client."<br><br>When a client joins the cache community, it simultaneously requests content. Blizzard associates the requested content with the client when the client joins the cache community and begins downloading the requested content. The content associated with the client includes, for example, the files necessary for the installation of the *Diablo III* video game.<br><br>On information and belief, the "info_hash" field of the HTTP request is associated with the requested content (i.e., installation files for the *Diablo III* game). *See, e.g.*, below: |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 1 | Blizzard – Diablo III |
|---|---|
| | http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&uploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&numwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto=1&event=started<br><br>The Blizzard server uses this "info_hash" field to associate the content with the client when it joins the cache community. In this way, the content is associated with the client so the client can act as a peer for future requests for the same content. |
| re-allocating the cache storage of the content among the peers in the cache community in response to allowing the client to join the community. | Blizzard performs the step of "re-allocating the cache storage of the content among the peers in the cache community in response to allowing the client to join the community."<br><br>The Downloader "allows users to download large files […] using a peer-to-peer protocol." *See, e.g.*, FIG. 3.<br><br>Blizzard reallocates the cache storage by, for example, storing the requested content on the client's computer as it is downloaded. The client receives the requested content (for example, the files necessary for the installation of the *Diablo III* video game) from the peers in the cache community, or from the CDN. |

| Claim 2 | Blizzard – Diablo III |
|---|---|
| 2. The method for dynamic distributed data caching according to claim 1 and further comprising: | Blizzard practices "the method of dynamic distributed data caching according to claim 1" further comprising the steps detailed below.<br><br>*See also* Claim 1. |
| receiving a join request from the client; and | Blizzard performs the step of "receiving a join request from the client."<br><br>For example, a Blizzard server (such as the one shown highlighted below) receives an HTTP |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 2 | Blizzard – Diablo III |
|---|---|
| | request to join the cache community from the Downloader such as the following: http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd% fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&u ploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&nu mwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto= 1&event=started *See also* FIG. 4. |
| determining whether to allow the client to join the cache community. | Blizzard performs the step of "determining whether to allow the client to join the cache community." Upon information and belief, upon receiving the join request from the client Blizzard's server determines whether to allow the client to join the cache community. Because this determination of whether to allow the client to join the cache community takes place on the server side, an examination of Blizzard's source code will be necessary in order to confirm the presence of this limitation. |

| Claim 4 | Blizzard – Diablo III |
|---|---|
| 4. The method for dynamic distributed data caching according to claim 1, wherein allowing the client to join the cache community comprises: | Blizzard practices "the method for dynamic distributed data caching according to claim 1, wherein allowing the client join the cache community comprises" the steps detailed below. *See also* Claim 1. |
| generating an allow message; | Blizzard performs the step of "generating an allow message." Blizzard generates an allow message that includes, for example, the binary data as shown in FIG. 5. *See also* FIG. 6. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 4 | Blizzard – Diablo III |
|---|---|
| associating the peer list with the allow message; and | Blizzard performs the step of "associating the peer list with the allow message."<br><br>Blizzard associates the peer list with the allow message by, for example, embedding the peer list in the allow message. The peer list shown in FIG. 7, for example, is embedded in the allow message shown in FIG. 5. |
| communicating the allow message to the client. | Blizzard performs the step of "communicating the allow message to the client."<br><br>Blizzard communicates the allow message, along with the embedded peer list, to the client via HTTP, for example.<br><br>*See, e.g.,* FIGS. 5-7. |

| Claim 9 | Blizzard – Diablo III |
|---|---|
| 9. The method for dynamic distributed data caching according to claim 1, wherein a one of the peers comprises a member. | Blizzard practices "the method for dynamic distributed data caching according to claim 1, wherein a one of the peers comprises a member."<br><br>*See also* Claim 1.<br><br>For example, the list of peers shown in FIG. 7 includes the IP addresses and ports of other members of the cache community. |

| Claim 11 | Blizzard – Diablo III |
|---|---|
| 11. The method for dynamic distributed data caching according to claim 1, wherein associating the content with the client comprises: | Blizzard practices "the method for dynamic distributed data caching according to claim 1, wherein associating the content with the client comprises" the steps detailed below.<br><br>*See also* Claim 1. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| allocating the content to peers in the peer list; and | Blizzard performs the step of "allocating the content to peers in the peer list." <br><br> The content allocated to the peers includes, for example, the necessary *Diablo III* installation files. |
|---|---|
| updating an allocation table to indicate the content associated with the peers. | Blizzard performs the step of "updating an allocation table to indicate the content associated with the peers." <br><br> Blizzard tracks which peers within the cache community have which portions of content. Using this data, Blizzard updates an allocation table to indicate the content associated with the peers. |

| Claim 12 | Blizzard – Diablo III |
|---|---|
| 12. The method for dynamic distributed data caching according to claim 11, wherein the content is cached at more than one peer. | Blizzard practices "the method for dynamic distributed data caching according to claim 11, wherein the content is cached at more than one peer." <br><br> *See also* Claim 11. <br><br> For example, the IP addresses and ports of multiple peers are shown in FIG. 7. The content is cached at each peer in the list. |

| Claim 14 | Blizzard – Diablo III |
|---|---|
| 14. The method for dynamic distributed data caching according to claim 1 and further comprising removing the association between the content and the peers. | Blizzard practices "the method for dynamic distributed data caching according to claim 1 and further comprising removing the association between the content and the peers." <br><br> *See also* Claim 1. <br><br> Blizzard removes peers from the peer list when the corresponding process(es) associated with the *Diablo III Downloader* are terminated, for example, such as by a user shutting down the |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 14 | Blizzard – Diablo III |
|---|---|
|  | computer. When the peer is no longer online or participating in the cache community, Blizzard removes the association between the content and the peer. |

| Claim 15 | Blizzard – Diablo III |
|---|---|
| 15. A system for dynamic distributed data caching comprising: | Blizzard provides "a system for dynamic distributed data caching." <br><br> For example, Blizzard directs users to download its online game *Diablo III* via the *Diablo III Downloader*, which can be accessed, for example, at the link below: <br><br> http://media.battle.net/downloads/d3-installers/0d0f9268-6e92-4aa1-8556-8724e79f4833/Diablo-III-Setup-enUS.exe <br><br> *See, e.g.,* FIG. 1. <br><br> The *Diablo III Downloader* (the "Downloader") is a software application developed by Blizzard. *See, e.g.,* FIG. 2. Specifically, the Downloader an executable software program, such as the "Diablo-III-Setup-enUS.exe" software program. <br><br> Through the *Diablo III Downloader* program and its associated components, Blizzard employs and/or induces its customers to employ "a system for dynamic distributed data caching." |
| logic encoded on storage and operable to: | Blizzard's system comprises "logic encoded on storage." <br><br> For example, the *Diablo III Downloader* and its associated components comprise logic encoded on storage in the form of a software application stored in computer memory and/or on a computer hard drive. |
| provide a cache community on a first side of a point of presence, the cache | Blizzard's system comprises logic encoded on storage and operable to "provide a cache community on a first side of a point of presence, the cache community comprising at least one |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 15 | Blizzard – Diablo III |
|---|---|
| community comprising at least one peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer; | peer, the cache community being associated with content obtained from a second side of the point of presence, the content being cached by the at least one peer."<br><br>Blizzard provides a cache community including, for example, a number of peers. The Downloader "allows users to download large files […] using a peer-to-peer protocol." *See, e.g.*, FIG. 3.<br><br>The cache community exists "on a first side of a point of presence" such as, for example, a Content Delivery Network ("CDN"). The cache community "comprises at least one peer," for example the user's computer running the Downloader software; as shown in FIG. 7, the cache community in this example comprises at least 100 peers.<br><br>The cache community is "associated with content obtained from a second side of the point of presence." More particularly, the cache community is associated with content retrieved from the second side of a CDN. This content is obtained from a second side of the point of presence such as, for example, a server in the CDN on which Blizzard's content (*e.g., the Diablo III* installation files) is hosted. |
| allow a client to join the cache community; | Blizzard's system comprises logic encoded on storage and operable to "allow a client to join the cache community."<br><br>For example, the *Diablo III Downloader* requests to join the cache community via an HTTP request such as the following:<br><br>http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&uploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&numwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto=1&event=started<br><br>*See also* FIG. 4. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 15 | Blizzard – Diablo III |
|---|---|
| | The HTTP request is received by Blizzard's server(s). The Blizzard server responds with a list of peers that have cached the requested content, and allows the requesting client to join the cache community. *See, e.g.,* <u>FIG. 5</u>. |
| update a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community; | Blizzard's system comprises logic encoded on storage and operable to "update a peer list associated with the cache community to include the client, the peer list indicating the peers in the cache community." <br><br> For example, a peer list associated with the cache community is evidenced by the peer list sent from the server to the *Diablo III Downloader*. <br><br> Upon joining the cache community, the client receives data from the server including a list of peers. For example, the client receives binary data as shown in <u>FIG. 5</u>. This binary data represents BEncoded information such as that seen in <u>FIG. 6</u>. Extracting the value of the "peers" data entry yields a list of IP addresses and ports indicating peers in the cache community. *See, e.g.,* <u>FIG. 7</u>. <br><br> The Blizzard server updates its peer list to include the user such as by using the "peer_id" contained in the request URL: <br><br> <u>http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd% fa%ceBv%c486%c0%12%98%a4%c6&</u>==peer_id=-BZ160hvOGzfGPUs4(h2==<u>&port=6881&u ploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&nu mwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto= 1&event=started</u> |
| associate the content with the client based on joinder of the client; | Blizzard's system comprises logic encoded on storage and operable to "associate the content with the client based on joinder of the client." <br><br> When a client joins the cache community, it simultaneously requests content. Blizzard associates the requested content with the client when the client joins the cache community and begins downloading the requested content. The content associated with the client |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 15 | Blizzard – Diablo III |
|---|---|
| | includes, for example, the files necessary for the installation of the *Diablo III* video game.<br><br>On information and belief, the "info_hash" field of the HTTP request is associated with the requested content (i.e., installation files for the *Diablo III* game). *See, e.g.*, below:<br><br>http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&uploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&numwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto=1&event=started<br><br>The Blizzard server uses this "info_hash" field to associate the content with the client when it joins the cache community. In this way, the content is associated with the client so the client can act as a peer for future requests for the same content. |
| re-allocate the cache storage of the content among the peers in the cache community in response to allowing the client to join the community. | Blizzard's system comprises logic encoded on storage and operable to "re-allocate the cache storage of the content among the peers in the cache community in response to allowing the client to join the community."<br><br>The Downloader "allows users to download large files […] using a peer-to-peer protocol." *See, e.g.*, FIG. 3.<br><br>Blizzard reallocates the cache storage by, for example, storing the requested content on the client's computer as it is downloaded. The client receives the requested content (for example, the files necessary for the installation of the *Diablo III* video game) from the peers in the cache community, or from the CDN. |

| Claim 16 | Blizzard – Diablo III |
|---|---|
| 16. The system for dynamic distributed data caching according to claim 15, | Blizzard provides "the system of dynamic distributed data caching according to claim 15, wherein the logic is further operable to" execute the actions detailed below. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 16 | Blizzard – Diablo III |
|---|---|
| wherein the logic is further operable to: | *See also* Claim 15. |
| receive a join request from the client; and | Blizzard's system is operable to "receive a join request from the client."<br><br>For example, a Blizzard server (such as the one shown highlighted below) receives an HTTP request to join the cache community from the Downloader such as the following:<br><br>http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&uploaded=0&downloaded=0&left=45761691648&corrupt=0&redundant=0&compact=1&numwant=200&key=429ac0c3&no_peer_id=1&direct=0&stats=xl,0,ls,0,le,0&supportcrypto=1&event=started<br><br>*See also* FIG. 4. |
| determine whether to allow the client to join the cache community. | Blizzard's system is operable to "determine whether to allow the client to join the cache community."<br><br>Upon information and belief, upon receiving the join request from the client Blizzard's server determines whether to allow the client to join the cache community. Because this determination of whether to allow the client to join the cache community takes place on the server side, an examination of Blizzard's source code will be necessary in order to confirm the presence of this limitation. |

| Claim 18 | Blizzard – Diablo III |
|---|---|
| 18. The system for dynamic distributed data caching according to claim 15, wherein the logic is further operable to: | Blizzard provides "the system for dynamic distributed data caching according to claim 15, wherein the logic is further operable to" execute the actions detailed below.<br><br>*See also* Claim 15. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 18 | Blizzard – Diablo III |
|---|---|
| | |
| generate an allow message; | Blizzard's system is operable to "generate an allow message." |
| | Blizzard generates an allow message that includes, for example, the binary data as shown in FIG. 5. *See also* FIG. 6. |
| associate the peer list with the allow message; and | Blizzard's system is operable to "associate the peer list with the allow message." |
| | Blizzard associates the peer list with the allow message by, for example, embedding the peer list in the allow message. The peer list shown in FIG. 7, for example, is embedded in the allow message shown in FIG. 5. |
| communicate the allow message to the client. | Blizzard's system is operable to "communicate the allow message to the client." |
| | Blizzard communicates the allow message, along with the embedded peer list, to the client via HTTP, for example. |
| | *See, e.g.,* FIGS. 5-7. |

| Claim 23 | Blizzard – Diablo III |
|---|---|
| 23. The system for dynamic distributed data caching according to claim 15, wherein a one of the peers comprises a member. | Blizzard provides "the system for dynamic distributed data caching according to claim 15, wherein a one of the peers comprises a member." |
| | *See also* Claim 15. |
| | For example, the list of peers shown in FIG. 7 includes the IP addresses and ports of other members of the cache community. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 25 | Blizzard – Diablo III |
|---|---|
| 25. The system for dynamic distributed data caching according to claim 15, wherein the logic is further operable to: | Blizzard provides "the system for dynamic distributed data caching according to claim 15, wherein the logic is further operable to" execute the actions detailed below.<br><br>*See also* Claim 15. |
| allocate the content to peers in the peer list; and | Blizzard's system comprises logic encoded on storage and further operable to "allocate the content to peers in the peer list."<br><br>The content allocated to the peers includes, for example, the necessary *Diablo III* installation files. |
| update an allocation table to indicate the content associated with the peers. | Blizzard's system comprises logic encoded on storage and further operable to "update an allocation table to indicate the content associated with the peers."<br><br>Blizzard tracks which peers within the cache community have which portions of content. Using this data, Blizzard updates an allocation table to indicate the content associated with the peers. |

| Claim 26 | Blizzard – Diablo III |
|---|---|
| 26. The system for dynamic distributed data caching according to claim 25, wherein the content is cached at more than one peer. | Blizzard provides "the system for dynamic distributed data caching according to claim 25, wherein the content is cached at more than one peer."<br><br>*See also* Claim 15.<br><br>For example, the IP addresses and ports of multiple peers are shown in FIG. 7. The content is cached at each peer in the list. |

| Claim 28 | Blizzard – Diablo III |
|---|---|

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

| Claim 28 | Blizzard – Diablo III |
|---|---|
| 28. The system for dynamic distributed data caching according to claim 15, wherein the logic is further operable to remove the association between the content and the peers. | Blizzard provides "the system for dynamic distributed data caching according to claim 15, wherein the logic is further operable to remove the association between the content and the peers."<br><br>*See also* Claim 15.<br><br>Blizzard removes peers from the peer list when the corresponding process(es) associated with the *Diablo III Downloader* are terminated, for example, such as by a user shutting down the computer. When the peer is no longer online or participating in the cache community, Blizzard removes the association between the content and the peer. |

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 1



https://us.battle.net/account/download/

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 2



US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 3



https://us.battle.net/support/en/article/blizzard-downloader-common-errors-and-issues

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 4

⊞ Frame 123593: 468 bytes on wire (3744 bits), 468 bytes captured (3744 bits) on interface 0
⊞ Ethernet II, Src: Netgear_ce:81:9f (4c:60:de:ce:81:9f), Dst: HonHaiPr_bb:1a:99 (c0:14:3d:bb:1a:99)
⊞ Internet Protocol Version 4, Src: 192.168.0.5 (192.168.0.5), Dst: 12.129.222.51 (12.129.222.51)
⊞ Transmission Control Protocol, Src Port: 59893 (59893), Dst Port: blizwow (3724), Seq: 1, Ack: 1, Len: 414
⊟ Hypertext Transfer Protocol
  ⊞ [truncated] GET /announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c486%c0%12%98%a4%c6&peer_id=-BZ160hvOGzfGPUs4(h2&port=6881&up
    Host: us.tracker.worldofwarcraft.com:3724\r\n
    User-Agent: BlizzardAgent/1.6.0.1737\r\n
    Accept-Encoding: gzip\r\n
    Connection: close\r\n
    \r\n
    [Full request URI [truncated]: http://us.tracker.worldofwarcraft.com:3724/announce?info_hash=U%e7B%25%9e-P%bd%fa%ceBv%c48(

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 5

```
⊞ Frame 123600: 908 bytes on wire (7264 bits), 908 bytes captured (7264 bits) on interface 0
⊞ Ethernet II, Src: HonHaiPr_bb:1a:99 (c0:14:3d:bb:1a:99), Dst: Netgear_ce:81:9f (4c:60:de:ce:81:9f)
⊞ Internet Protocol Version 4, Src: 12.129.222.51 (12.129.222.51), Dst: 192.168.0.5 (192.168.0.5)
⊞ Transmission Control Protocol, Src Port: blizwow (3724), Dst Port: 59893 (59893), Seq: 1, Ack: 415, Len: 854
⊟ Hypertext Transfer Protocol
  ⊞ HTTP/1.1 200 OK\r\n
     Server: Battle.net HTTP\r\n
     \r\n
  ⊟ Data (810 bytes)
        Data: 64363a6469726563746433a75726c3132313a687474703a...
        [Length: 810]
```

```
0060   0d 0a 64 36 3a 64 69 72   65 63 74 64 33 3a 75 72   ..d6:dir ectd3:ur
0070   6c 31 32 31 3a 68 74 74   70 3a 2f 2f 64 69 73 74   l121:htt p://dist
0080   2e 62 6c 69 7a 7a 61 72   64 2e 63 6f 6d 2e 65 64   .blizzar d.com.ed
0090   67 65 73 75 69 74 65 2e   6e 65 74 2f 64 33 2d 70   gesuite. net/d3-p
00a0   6f 64 2d 72 65 74 61 69   6c 2f 4e 41 2f 38 33 37   od-retai l/NA/837
00b0   30 2e 64 69 72 65 63 74   7c 68 74 74 70 3a 2f 2f   0.direct |http://
00c0   6c 6c 6e 77 2e 62 6c 69   7a 7a 61 72 64 2e 63 6f   llnw.bli zzard.co
00d0   6d 2f 64 33 2d 70 6f 64   2d 72 65 74 61 69 6c 2f   m/d3-pod -retail/
00e0   4e 41 2f 38 33 37 30 2e   64 69 72 65 63 74 39 3a   NA/8370. direct9:
00f0   74 68 72 65 73 68 6f 6c   64 69 32 35 30 30 30 30   threshol di250000
0100   30 30 65 65 38 3a 69 6e   74 65 72 76 61 6c 69 31   00ee8:in tervali1
0110   38 30 30 65 32 3a 69 70   31 33 3a 37 36 2e 31 38   800e2:ip 13:76.18
0120   33 2e 35 36 2e 31 35 35   35 3a 70 65 65 72 73 36   3.56.155 5:peers6
0130   30 30 3a 47 09 71 d6 1a   e1 7d c0 2e .}. (....
0140   8c 51 89 1a e1 d1 67 fd   f2 1a e1 47 77 8c 5b 1a   .Q....g. ...Gw.[.
0150   e1 18 ee 9f a1 1a e1 af   8f 97 57 1a e1 da 66 91   ........ ..W...f.
0160   f3 1a e1 45 0b 24 95 1a   e1 78 c6 eb 0f 22 cd be   ...E.$.. .x...".
0170   ef 04 dd 1a e1 ba 39 c1   7b 1a e1 7b a5 77 f4 1a   ......9. [..{.w.
0180   e1 72 24 a9 d3 1a e1 47   f6 24 67 1a e1 c6 17 8a   .r$....G .$g.....
0190   c1 1a e1 62 de 85 ed 1a   e1 47 7e 74 dc 1a e1 79   ...b.... .G~t...y
```

US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 6



US7188145 – Blizzard Entertainment, Inc. ("Blizzard") – Diablo III

FIG. 7

| | | | |
|---|---|---|---|
| 71.9.113.214:57626 | 189.234.242.105:57626 | 74.192.116.101:57626 | 96.25.147.122:57626 |
| 125.192.40.185:57626 | 186.53.75.195:57626 | 76.166.205.105:57626 | 187.89.22.227:57626 |
| 219.140.81.137:57626 | 189.168.33.167:57626 | 184.3.206.185:57626 | 200.50.105.36:57626 |
| 209.103.253.242:57626 | 24.233.75.84:57626 | 24.161.123.188:57882 | 58.115.244.65:57882 |
| 71.119.140.91:57626 | 189.107.14.1:57626 | 125.252.71.190:57626 | 190.176.214.131:57626 |
| 24.238.159.161:57626 | 200.96.5.213:57626 | 201.141.106.10:57626 | 66.87.69.197:57626 |
| 175.143.151.87:57626 | 112.244.54.54:57882 | 67.249.108.22:57626 | 76.121.193.30:57626 |
| 218.102.145.243:57626 | 173.19.181.107:57626 | 177.83.186.107:57626 | 98.80.20.56:57626 |
| 69.11.36.149:57626 | 27.22.82.153:57626 | 24.63.29.189:57626 | 218.9.97.166:57626 |
| 120.198.235.15:52514 | 68.41.60.251:57626 | 190.118.188.33:57626 | 189.191.213.123:57626 |
| 190.239.4.221:57626 | 201.230.243.188:57626 | 222.221.220.90:57882 | 189.228.229.251:57626 |
| 186.57.193.123:57626 | 174.116.169.113:57882 | 96.244.137.119:58138 | 142.134.141.51:57626 |
| 123.165.119.244:57626 | 222.129.106.37:57626 | 69.157.158.216:57626 | 206.217.17.12:57626 |
| 114.36.169.211:57626 | 72.230.93.4:57626 | 68.4.28.59:57626 | 66.136.124.181:57626 |
| 71.246.36.103:57626 | 216.222.137.194:57626 | 125.1.14.163:57626 | 108.203.80.60:57626 |
| 198.23.138.193:57626 | 116.14.154.193:57626 | 124.170.199.209:57626 | 70.198.65.58:57882 |
| 98.222.133.237:57626 | 75.13.227.17:57626 | 24.245.20.116:57626 | 206.174.117.69:57626 |
| 71.126.116.220:57626 | 108.246.210.161:57626 | 68.11.49.190:57626 | 216.232.16.33:57882 |
| 121.6.149.225:57626 | 177.44.128.118:57626 | 75.215.134.135:57626 | 181.47.66.17:57626 |
| 111.182.35.109:57626 | 75.140.123.88:57626 | 210.13.102.130:57626 | 192.183.219.46:57626 |
| 99.237.110.6:57882 | 70.29.199.166:57626 | 174.106.148.10:57626 | 71.237.171.221:57626 |
| 70.27.212.123:57626 | 76.119.199.143:57626 | 99.139.69.141:57626 | 199.204.69.157:57626 |
| 69.20.177.182:57626 | 75.118.140.124:57626 | 142.134.31.184:57626 | 24.48.58.164:57626 |
| 152.65.35.208:57882 | 24.72.222.34:57626 | 50.26.212.163:57626 | 70.196.3.19:57626 |
| 142.177.47.33:57626 | 201.66.159.129:57626 | 69.250.104.131:57882 | 125.212.123.171:57626 |

Partial Peer List

EXHIBIT 5

| | |
|---|---|
| **From:** | Tim Craddock <Tim.Craddock@bjciplaw.com> |
| **Sent:** | Wednesday, October 07, 2015 8:40 AM |
| **To:** | Johnson, Kellie; BJC-Parallel |
| **Cc:** | PARALLEL NETWORKS AG COUNSEL |
| **Subject:** | RE: Parallel Networks v. Blizzard: source code review |

Kellie,

I would also like to raise one logistics issue. Depending on Blizzard's responses to our 10/5 requests for additional code (sent by email after our review on Monday) and our 10/6 requests (made in writing yesterday around 1 pm and also included in my email last night), Daniel and I should hopefully know by about noon today whether we will need an additional day. We have every intention of continuing to work as diligently as possible; however, should we need to move our flights, who should we contact?

Thanks,
Tim

TIMOTHY J.H. CRADDOCK

BUETHER JOE & CARPENTER, LLC
1700 PACIFIC - SUITE 4750 DALLAS, TX 75201
DIRECT 214.730.5660 - Fax 972.707.1248
IP AND COMMERCIAL LITIGATION




EXHIBIT 6



**FRED I. WILLIAMS**
+1 512.499.6218/fax: +1 512.499.6290
fwilliams@akingump.com

August 28, 2015

<u>**VIA E-MAIL**</u>

Monte Squire
Gregory Brodzik
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Brian A. Carpenter
Mickey Ricketts
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201

      Re:   *Parallel Networks, LLC v. Blizzard Entertainment, Inc.*, C.A. No. 13-826-RGA,
              in the District of Delaware

Gentlemen:

      We write on behalf of Blizzard Entertainment, Inc. ("Blizzard") regarding Plaintiff Parallel Networks, LLC's ("Parallel") lack of basis for pursuing claims of infringement of U.S. Patent No. 7,188,145 in view of the Court's claim construction ruling on August 17, 2015. Blizzard cannot possibly infringe the '145 patent for the reasons discussed in our letter dated March 26, 2015, and given the Court's ruling that a new client does not satisfy the asserted claims when it receives 100 percent of the content in response to joining the community. *See* Claim Construction Hearing Tr. at 115:4-9. ("I think the primary dispute, which the parties have argued, is whether each peer can cache 100 percent of the content. I do not think that each peer can pursuant to the claims. I think each peer caches a portion of data or the cache content."). Therefore, Parallel has no legitimate basis for continuing the litigation, and Blizzard requests that Parallel agree to a stipulation of non-infringement at this time.

      If Parallel fails to so stipulate, as the Court has previously determined in an analogous situation, your "insistence to litigate this matter, even after being apprised by the Defendants that the accused products could not possibly infringe, [will] further highlight[] that the Plaintiff's attorneys simply turned a blind eye to the actual … [products] that they were accusing of



August 28, 2015
Page 2

infringement." *See Vehicle Operation Techs. LLC v. American Honda Motor Co.*, C.A. No. 1:13-cv-537-RGA, Dkt. No. 61 at 21 (D. Del. Sept. 12, 2014). And Blizzard will seek sanctions in connection with your insistence on pursuing meritless and untenable claims of infringement. *See Balthazar v. Atl. City Med. Ctr.*, 137 Fed. App'x. 482, 490 (3d. Cir. 2005) ("[S]anctions are proper when, *inter alia*, a party 'insists upon a position after it is no longer tenable.'") (quoting FED. R. CIV. P. 11 advisory committee notes); *see also Raylon, LLC v. Complus Data Innovations, Inc.*, 700 F.3d 1361, 1367 (Fed. Cir. 2012).

Please advise us of your intention to stipulate to non-infringement before September 4, 2015. To the extent you refuse to stipulate to non-infringement, please provide your basis for maintaining your infringement allegations against Blizzard in view of the Court's claim construction ruling. If Parallel refuses to stipulate to non-infringement against Blizzard by September 4, Blizzard will seek all appropriate remedies, including sanctions and attorneys' fees for maintaining a baseless lawsuit. *See Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749, 1756 (2014) (stating that an exceptional case for awarding attorney fees "is simply one that stands out from others with respect to the substantive strength of a party's litigating position . . . or the unreasonable manner in which the case was litigated.").

Sincerely,

*/s Fred I. Williams*

Fred I. Williams

# EXHIBIT 7



**Akin Gump**

STRAUSS HAUER & FELD LLP

**FRED I. WILLIAMS**
+1 512.499.6218/fax: +1 512.499.6290
fwilliams@akingump.com

October 2, 2015

Brian Carpenter
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201

      Re:    Parallel Networks, LLC v. KOG Games et al.

Dear Brian:

      We write on behalf of Blizzard Entertainment, Inc., Riot Games, Inc. and Turbine, Inc. ("Defendants") and follow-up on our letters dated March 26, 2015, March 27, 2015, and August 28, 2015, which are incorporated herein by reference, and our telephone conversations and email exchange over the last three days.

      Parallel and its counsel are now aware of the sworn testimony of a knowledgeable engineer (Avi Cohen) confirming there can be no infringement of any kind by Riot or Turbine. Therefore, Parallel continues to have no legitimate basis for continuing the litigation against Riot and Turbine. So we renew our request that Parallel agree to dismiss its claims against Riot and Turbine at this time. For the reasons discussed in the aforementioned letters, Parallel also lacks a legitimate basis for continuing its litigation against Blizzard, and we again request that Parallel agree to a stipulation of non-infringement against Blizzard.

      Given the foregoing, we must correct misstatements made by Parallel during our aforementioned conversations/exchange during the last three days. Contrary to your assertion in an October 1 email, Defendants have not engaged in any vexatious conduct. In fact, it is Parallel whose litigation misconduct has caused, and continues to cause, the parties to expend resources on baseless claims. Despite the fact that Parallel refuses to stipulate to non-infringement (and seek appellate review of the Court's claim construction order, if you wish), we remain committed to negotiating an agreement with you to enable the case to proceed efficiently to summary judgment briefing. Specifically, Defendants are willing to proceed under the following proposal:

1.      Plaintiff serves its opening expert report on infringement and, 30 days later, Defendants serve their rebuttal expert report on non-infringement. Plaintiff serves its reply expert report on infringement 14 days later;



Brian Carpenter
Buether Joe & Carpenter, LLC
October 2, 2015
Page 2

      2.      Defendants (and Plaintiff, if it wishes) then simultaneously move for summary judgment of non-infringement (infringement) on any grounds they wish, with simultaneously filed oppositions and replies to follow;

      3.      Parallel agrees to stay all fact discovery, motion practice, hearings, and litigation activity not related to infringement (including invalidity, spoliation, damages, etc.) until after the court rules on summary judgment. Parallel will accept a stipulation from Turbine regarding whether Turbine paid for services from Pando and the dates of such services, in lieu of a deposition on infringement, and infringement discovery from Riot is now finished;

      4.      Parallel agrees to complete all infringement fact discovery from Blizzard by the scheduled close of fact discovery on October 29, 2015; and

      5.      Parallel agrees that fact discovery on infringement issues will close on October 29, 2015, and Parallel will not be permitted to re-open fact discovery on infringement if this case emerges from summary judgment. For purposes of clarity, no additional fact discovery of any Defendant, including additional source code review, will be conducted after October 29, regardless of whether the case survives summary judgment.

Defendants do not agree with your assertion that summary judgment briefing on only the "re-allocating" term is the most "streamlined" procedure. To the contrary, the most efficient way to proceed is for Defendants to move for summary judgment on all available non-infringement grounds, so that the Court can consider all infringement issues at once, and then Parallel can appeal if it wishes. Parallel will have a full and fair opportunity to respond to Defendants' arguments in response to Defendants' summary judgment motion. In response to your first counterproposal from September 30 (which you raised again in an email yesterday), Defendants will not disclose their privileged non-infringement positions to Parallel at this time.

In response to your second counterproposal from September 30, Defendants' position remains consistent: the conduct of Parallel and its counsel is sanctionable, and Defendants do not agree to your request that Defendants waive their right to seek sanctions against Parallel, its counsel, and their law firms. If Parallel wants to limit its exposure to sanctions, it should stipulate to non-infringement and appeal the Court's claim construction ruling at this time.



Brian Carpenter
Buether Joe & Carpenter, LLC
October 2, 2015
Page 3

Sincerely,

*/s Fred I. Williams*

Fred I. Williams

EXHIBIT 8

| From: | Williams, Fred |
|---|---|
| Sent: | Thursday, October 01, 2015 4:15 PM |
| To: | Brian Carpenter |
| Cc: | michelle.marriott@eriseip.com; PARALLEL NETWORKS AG COUNSEL |
| Subject: | Re: Stipulation |

Brian, we will respond to the inaccuracies and errors in your email below later. If you want to have a call to find out if our clients agree to your two counterproposals/conditions, I don't have an answer to that question yet. We are discussing with our clients and will let you know their position when we have it. If you want to have a call for other purposes, let me know; I can call in from the road as I drive back to Austin. The

**From:** Brian Carpenter
**Sent:** Thursday, October 1, 2015 12:53 PM
**To:** Williams, Fred
**Cc:** michelle.marriott@eriseip.com; PARALLEL NETWORKS AG COUNSEL
**Subject:** Re: Stipulation

Fred, I did not generally agree to your last condition regarding the motion for sanctions as to Blizzard. After consulting with Parallel, in the subsequent call, I stated clearly we would stay the motion if Blizzard agreed not to seek sanctions. I did not impose any additional conditions. Parallel and Reloaded asked the simple question, what other limitations do your clients want to move on? You have failed to answer that. We are not necessarily opposed but are concerned that growing the motions beyond one limitation will bog down what was intended to be a streamlined procedure. Also, what are you proposing to do regarding the damages discovery? If you proceed to seek leave without agreeing to stay any discovery, Parallel will unilaterally seek a stay of damages discovery, or alternatively, sanctions for your clients vexatious conduct. We are prepared to attempt to reach agreement, but that would require some degree of cooperation from your side. Please explain the additional bases for your proposed MSJ. Furthermore, we are free to reach a slightly different stipulation as to Blizzard, but inexplicably you are tying Blizzard to the reloaded defendants. I am free all afternoon if you would like to have a call with Parallel and Reloaded. Thank you,

Regards,

Brian

On Oct 1, 2015, at 12:32 PM, "Williams, Fred" <fwilliams@AkinGump.com> wrote:

Brian, I stated our clients' position fully during our phone conversation yesterday morning. Although you indicated that you generally agreed with our conditions during our call (and, I understand, during the call yesterday afternoon, which I missed because I was on a plane), you made some counterproposals yesterday afternoon. It takes time to discuss your counterproposals with our clients, which we won't need to spend given that your email below violates our client's first condition. So I think that resolves the opportunity. We're going to move for leave to file a motion for summary judgment of noninfringement now; let me know whether Parallel opposes.

**From:** Brian Carpenter
**Sent:** Thursday, October 1, 2015 12:23 PM

1

**Tn• IMilliamc**   *Prod*
**Cc:** michelle.marriott@eriseip.com
**Subject: Stipulation**

Fred,

I have not heard from you or your team regarding the stipulation. This is bit frustrating as time is of the essence. That said, Parallel agrees in principle with Reloaded' s proposal to proceed on cross MSJ's on the single limitation "reallocating…" and to stay the non-technical discovery. We would prefer that at least Turbine and Riot join, and preferably Blizzard too. However, absent that agreement, we plan to move the court to stay the Turbine and Riot cases pending the resolution of the MSJ's. Please let us know your position by 5 pm Central today. Thank you.

Best,

Brian

**BRIAN** A. **CARPENTER**

BUETHER JOE & CARPENTER, **LLC**
1 **700 PACIFIC** - **SUITE 4750** - **DALLAS, TX 75201**
DIRECT 214.466.1273 - FAX **214.635.1829**
I**P** AND COMMERCIAL LITIGATION
BJCIPLAw.COM

<image00 I .png> <image00 7.jpg> <image004.png> <image008.png>

THE INFORMATION CONTAINED IN THIS TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. IT IS INTENDED ONLY FOR THE USE OF THE PERSON(S) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR DUPLICATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

FILED UNDER SEAL

EXHIBIT 9